JAMES B. KING, #8723
MARKUS W. LOUVIER, #39319
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant
jking@ecl-law.com
mlouvier@ecl-law.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE L MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.<br><br>                       Plaintiffs,<br><br>vs.<br><br>JOHN D. MUNDING and JANE DOE MUNDING, married individuals and the community property comprised thereof; JOHN OR JANE DOES I-III, unknown individuals; MUNDING, P.S., a Washington Professional Services Corporation; AIA SERVICES CORPORATION, an Idaho corporation and a nominal defendant; AIA INSURANCE, INC.; an Idaho corporation and a nominal defendant;<br><br>                       Defendants. | Case No. 2:18-CV-270<br><br>AFFIDAVIT OF MARKUS W. LOUVIER IN SUPPORT OF MUNDING DEFENDANTS' MOTION TO DISMISS |

AFFIDAVIT OF MWL - page 1

STATE OF WASHINGTON )
                               ) ss
County of SPOKANE )

       MARKUS W. LOUVIER being first duly sworn upon oath deposes and says:

       1.     I am one of the attorneys of record for Defendants John Munding, Jane Doe Munding, Crumb & Munding, P.S., and Munding, P.S. in the above captioned lawsuit. I make this Affidavit based upon my personal knowledge, and in support of Defendants' Motion to Dismiss.

       2.     Attached hereto as **Exhibit A** is a true and correct copy of an August 31, 2013 email sent by Plaintiffs' counsel Bond to Defendant John Munding.

       3.     Attached hereto as **Exhibit B** is a true and correct copy of a February 17, 2014 email sent by Plaintiffs' counsel Bond to Defendant John Munding.

       3.     Attached hereto as **Exhibit C** is a true and correct copy of an April 11, 2014 email sent by Plaintiffs' counsel Bond to Defendant John Munding.

       4.     Attached hereto as **Exhibit D** is a true and correct copy of a July 22, 2014 email sent by Plaintiffs' counsel Bond to Defendant John Munding.

AFFIDAVIT OF MWL - page 2

5.	Attached hereto as **Exhibit E** is a true and correct copy of an August 13, 2014 email sent by Plaintiffs' counsel Bond to Defendant John Munding.

6.	Attached hereto as **Exhibit F** is a true and correct copy of Civil Minutes from the United States District Court of the Central District of California in the GemCap Lending v. Crop USA Insurance matter dated September 15, 2014.

7.	Attached hereto as **Exhibit G** is a true and correct copy of the Order Regarding Proposed Stipulated Judgment as to Defendants AIA Insurance, Inc. and AIA Services Corp. entered on 4/12/2015.

8.	Attached hereto as **Exhibit H** is a true and correct copy of the Order Denying Donna J. Taylor's Motion to Intervene in the California litigation.

9.	Attached hereto as **Exhibit I** is a true and correct copy of the Declaration of Donna J. Taylor in support of the above-referenced motion.

10.	Attached hereto as **Exhibit J** is a true and correct copy of the Declaration of Roderick C. Bond in support of intervention.

11.	Attached hereto as **Exhibit K** is a true and correct copy of the Verified Complaint for Declaratory Relief and Injunctive Relief signed by Mr. Miesen and filed in 2014.

AFFIDAVIT OF MWL - page 3

12. Attached hereto as **Exhibit L** is a true and correct copy of the Declaration of Roderick Bond filed on 8/12/2016 in the Idaho litigation.

13. Attached hereto as **Exhibit M** is a true and correct copy of the Declaration of Roderick Bond filed on 8/12/2016 in the Idaho litigation.

14. Attached hereto as **Exhibit N** is a true and correct copy of the Shareholder Derivative Demand issued by Roderick Bond on 6/13/2016.

15. Attached hereto as **Exhibit O** is a true and correct copy of GemCap's Motion for Summary Judgment in the Idaho litigation.

16. Attached hereto as **Exhibit P** is a true and correct copy of the Declaration of Richard Ellis in support of GemCap's Motion for Summary Judgment in the Idaho litigation.

DATED this 18th day of September, 2018.

By _____/s/ Markus W. Louvier_____
MARKUS W. LOUVIER, #39319
Attorney for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
mlouvier@ecl-law.com

AFFIDAVIT OF MWL - page 4

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Roderick C. Bond
Roderick Bond Law Office, PLLC
601 108th Avenue NE, Suite 1900
Bellevue, Washington 98004
rod@roderickbond.com

By   /s/ Markus W. Louvier
MARKUS W. LOUVIER, #39319
Attorney for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
mlouvier@ecl-law.com

AFFIDAVIT OF MWL - page 5