**John Munding**

From: Roderick Bond <rod@roderickbond.com>
Sent: Saturday, August 31, 2013 10:58 AM
To: John Munding

Hi John:

As a follow up to my email yesterday, my clients (all AIA Services shareholders), individually and through AIA Services and AIA Insurance, also assert claims to CropUSA's assets that were pledged to Gemcap. In other words, Gemcap should not have lent the money in the first place and it improper for it to do so. I would note that after reviewing the reps and warranties in the loan documents on file, it appears to me that Gemcap had full knowledge that other parties (i.e., my clients) were asserting claims against the very assets that it was accepting as a pledge. There were no standard reps and warranties regarding there being no claims to the pledged assets and that they were free and clear from all claims. Please make sure that the foregoing, the information in my prior email and the information and claims asserted in the Idaho federal court action are included in your LR 7.1-1 Disclosure to the court. Again, I am happy to help provide additional information. Just shoot me an email or give me a call. Thanks.

By: Roderick C. Bond
**Roderick Bond Law Office, PLLC**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Website: www.roderickbond.com

This email and any attachments may be attorney-client privileged, protected as attorney work product, and/or subject to any other applicable privileges. The unauthorized viewing or dissemination of any email or attachment is prohibited. If you have received this email in error or it was not intended to be delivered to you, please immediately delete this email and all attachments and contact the sender at the address indicated above. Thank you.