## John Munding

**From:** Roderick Bond <rod@roderickbond.com>
**Sent:** Monday, February 17, 2014 7:16 PM
**To:** 'John Munding'
**Subject:** AIA Services and AIA Insurance

Hi John:

Long time no hear. I've been monitoring the California lawsuit and I don't see any pleadings or filings in which you are seeking to invalidate AIA's illegal guarantees of that multi-million dollar loan for CropUSA. I also note from the deposition transcripts that AIA is illegally loaning money to Pacific Empire Radio Corporation. All of these acts are in violation of AIA's articles of incorporation and a clear breach of John Taylor and the other AIA's directors' and officers' fiduciary duties owed to the AIA entities and its shareholders, including my client Donna Taylor. Please advise me what you intend on doing about these matters as soon as possible. I need to know right away. Thanks.

By: Roderick C. Bond
Roderick Bond Law Office, PLLC
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Website: www.roderickbond.com

This email and any attachments may be attorney-client privileged, protected as attorney work product, and/or subject to any other applicable privileges. The unauthorized viewing or dissemination of any email or attachment is prohibited. If you have received this email in error or it was not intended to be delivered to you, please immediately delete this email and all attachments and contact the sender at the address indicated above. Thank-you.