**John Munding**
___

| | |
|---|---|
| From: | Roderick Bond <rod@roderickbond.com> |
| Sent: | Friday, April 11, 2014 12:25 PM |
| To: | 'Jordan R. Bernstein (LA Office)'; 'John Munding' |

John and Jordan:

As you know, I have represented a number of common and preferred shareholders in AIA Services. As I have advised you both, AIA Services and AIA Insurance's guarantees and pledges of assets to secure Gemcap's $8.7 million loan to CropUSA violate AIA Services' amended articles of incorporation, among other things, and is illegal and unenforceable.

I understand that your respective clients may be mediating next week to resolve the California case. Please be advised that legal action will be taken next week to invalidate the guarantees and seek other relief. As I am sure that you are both aware and as I have advised you both, the guarantees and pledged assets violate AIA Services' amended articles of incorporation (among other things) and there is no good faith defense that can be asserted by any of your respective clients in that regard. As you know, an illegal contract cannot be resolved or settled for anything other than Gemcap agreeing to release AIA Services and AIA Insurance as that would be giving legal effect to the original illegal transaction. Gemcap's remedies, if any, lie against John Taylor and other parties involved in the illegal transaction, not against AIA Services or AIA Insurance. Under no circumstances may any funds or assets be paid directly or indirectly from AIA Services or AIA Insurance for any sums owed on the $8.7 million loan or to resolve any claims in the California litigation. In addition, legal action will be taken to prevent any payments or settlements involving any direct or indirect payments from AIA Services or AIA Insurance and, if necessary, to unwind or rescind any obligations or payments made directly or indirectly by or through AIA Services or AIA Insurance. I would remind you both that my client, Donna Taylor, is required to have her designee on the board of AIA Services in order for any board action to be lawful, which is an unqualified obligation under AIA Services' amended articles of incorporation. I don't need to remind either of you that I have a number of clients who are very upset at what has transpired and continues to transpire.

Please keep the above in mind during your pending mediation. If you have any questions, please do not hesitate to contact me.

By: Roderick C. Bond
**Roderick Bond Law Office, PLLC**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com

1