**John Munding**

| | |
|---|---|
| From: | Roderick Bond <rod@roderickbond.com> |
| Sent: | Tuesday, July 22, 2014 7:25 AM |
| To: | John Munding |
| Subject: | Durant v. Gemcap, et al. |
| Attachments: | Complaint.FILED.pdf |

John:

Attached is a courtesy copy of the complaint filed yesterday and served on AIA Services and AIA Insurance. I can tell you that my clients are not happy that they are doing your job. If you have any suggestions on how to resolve this case before everyone incurs unnecessary attorneys' fees and costs, please let me know. Frankly, I will never understand how you have taken direction from John Taylor or any of the others regarding the purported representation of AIA Services and AIA Insurance.

Rod

**Roderick Bond**
Law Office, PLLC

800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Website: www.roderickbond.com

This email and any attachments may be attorney-client privileged, protected as attorney work product, and/or subject to any other applicable privileges. The unauthorized viewing or dissemination of any email or attachment is prohibited. If you have received this email in error or it was not intended to be delivered to you, please immediately delete this email and all attachments and contact the sender at the address indicated above. Thank you.

1