Alyson A. Foster (ISBN 9719)
*aaf@aswblaw.com*
Benjamin A. Schwartzman (ISBN 6512)
*bas@aswblaw.com*
**ANDERSEN SCHWARTZMAN**
**WOODARD BRAILSFORD, PLLC**
101 S. Capitol Blvd., Suite 1600
Boise, ID 83702
Telephone: 208.342.4411
Facsimile: 208.342.4455

*Attorneys for Defendant GemCap Lending I, LLC*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| DALE L. MIESEN, et al., <br><br> Plaintiff, <br><br> vs. <br><br> HAWLEY TROXELL ENNIS & HAWLEY LLP, et al., <br><br> Defendants, <br><br> and <br><br> CROP USA INSURANCE AGENCY, INC., et al., <br><br> Defendants/Third-Party Plaintiffs, <br><br> vs. <br><br> REED TAYLOR, <br><br> Third-Party Defendant, <br><br> and <br><br> GEMCAP LENDING I, LLC, | Case No. 1:10-cv-00404-DCN <br><br> DECLARATION OF RICHARD ELLIS IN SUPPORT OF GEMCAP LENDING I, LLC'S MOTION FOR SUMMARY JUDGMENT |

DECLARATION OF RICHARD ELLIS IN SUPPORT OF GEMCAP LENDING I, LLC'S MOTION FOR SUMMARY JUDGMENT – 1

|  |
|---|
| Defendants/Third-Party Plaintiffs, |
| vs. |
| QUARLES & BRADY, LLP, et al., |
| Third-Party Defendants. |

Pursuant to 28 U.S.C. § 1746, Richard Ellis declares as follows:

1. I am the Co-President of GemCap Lending I, LLC ("GemCap") and have held that position since 2008. I make this Declaration based upon my personal knowledge.

2. Formed in 2008, GemCap is a family-run, asset-based commercial lender serving small and mid-size businesses in need of funding unavailable from larger and traditional lending institutions.

3. On November 23, 2011, GemCap, as lender, entered into a security and loan agreement with Crop USA Insurance Agency, Inc. and Crop USA Insurance Services, LLC (together, "Crop USA"). The parties later executed, on February 4, 2013, an Amended and Restated Loan and Security Agreement Amending and Restating the Loan and Security Agreement Originally Dated November 23, 2011, for a loan facility of $10 million. A true and correct copy of the loan agreement is attached as **Exhibit 1**.

4. As security for the loan, AIA Services Corporation ("AIA Services") and AIA Insurance, Inc. ("AIA Insurance") (together, the "AIA Entities") provided a continuing guarantee of the full amount loaned in the Amended and Restated Secured Continuing Guarantee dated October 5, 2012, and a Security Agreement – Guarantee dated October 1, 2012. A true and correct copy of those documents is attached as **Exhibit 2**.

DECLARATION OF RICHARD ELLIS IN SUPPORT OF GEMCAP LENDING I, LLC'S MOTION FOR SUMMARY JUDGMENT – 2

5.  As part of the Loan Agreement, the AIA Entities provided Certificate of Chief Executive Officers on November 23, 2011 and February 4, 2013. True and correct copies of these certificates are attached at **Exhibit 3** and **Exhibit 4**.

6.  As a condition of placing the loan, GemCap received from the AIA Entities legal opinion letters from the AIA Entities' counsel, Quarles & Brady, LLP and Fitzgerald & Van Idour, that verified that the Guarantee was duly authorized and did not contravene any other instrument or agreement binding on them. True and correct copies of those letters are attached as **Exhibit 5**, **Exhibit 6**, and **Exhibit 7**.

7.  On December 20, 2012, GemCap filed a UCC financing statement with the Idaho Secretary of State stating that AIA Services and AIA Insurance had pledged "All of each of Debtor's right, title and interest, whether now existing or hereafter acquired, in and to all assets of such Debtor, wherever located, whether tangible or intangible, and the proceeds and products thereof." A true and correct copy of that UCC financing statement is attached as **Exhibit 8**.

8.  In reliance upon the loan documents, including the Guarantee, GemCap regularly made advances on the $10,000,000 loan facility to the Crop Entities.

9.  As part of the loan, GemCap performed routine field audits of Crop USA, during which it examined Crop USA's financial and banking records. During these examinations, GemCap learned that Crop USA would take loan advances provided under the GemCap loan and transfer the funds to AIA Services. Mr. Taylor explained that Crop USA operated under a management agreement, whereby Crop USA provided accounting and administrative staff to AIA Services for a fee.

10. Neither Crop USA nor the AIA Entities repaid the loan to GemCap.

DECLARATION OF RICHARD ELLIS IN SUPPORT OF GEMCAP LENDING I, LLC'S MOTION FOR SUMMARY JUDGMENT – 3

11. On July 30, 2013, GemCap initiated legal action against the Crop Entities, the AIA Entities, and others (the "California Action") in an action styled *GemCap Lending I, LLC v. Crop USA Insurance Agency, et al.*, No. 2:13-cv-05504-SJO-MAN (C.D. Cal.).

12. On September 15, 2014, GemCap and the AIA Entities (and other parties) entered a Settlement Agreement that resolved GemCap's claims against the AIA Entities. The settling parties, including the AIA Entities through their counsel, placed the terms of the settlement on the record in a sealed hearing before Judge Otero.

13. The AIA Entities have not ever objected to the Settlement Agreement on the grounds that it was void, illegal, null, or otherwise unenforceable.

14. To date, material aspects of the settlement have already been undertaken, including the sale to third parties of real property that the AIA Entities had pledged to GemCap as part of the Guarantee and Settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2018.

_____
Richard Ellis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of September, 2018, I filed the above-referenced document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James D. LaRue: jdl@elamburke.com
Jeffrey A. Thomson: jat@elamburke.com
Loren C. Ipsen: lci@elamburke.com
*Attorneys for Hawley Troxell Defendants*

Roderick C. Bond - rod@roderickbond.com
*Attorney for Plaintiff*

Martin J. Martelle: attorney@martellelaw.com
Vanessa A. Mooney: vanessa@martellelaw.com
*Attorneys for Crop Entities, Michael W. Cashman, R. John Taylor, James Beck, & Connie Taylor Henderson*

Markus William Louvier: mlouvier@ecl-law.com
James B King: jking@ecl-law.com
*Attorneys for Crumb & Munding, P.S.*

Jack S Gjording: jgjording@gfidaholaw.com
Stephen Lee Adams: sadams@gfidaholaw.com
Fanxi Wang: fwang@birdmarella.com
Mark T. Drooks: mdrooks@birdmarella.com
*Attorneys for Quarles & Brady, LLP*

Tyler Scott Waite: twaite@campbell-bissell.com
Michael Scott Bissell: mbissell@campbell-bissell.com
*Attorneys for Reed J. Taylor*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via email at *jtaylor@cropusainsurance.com*:
AIA Services Corporation and AIA Insurance Inc.

          /s/ *Alyson A. Foster*