Alyson A. Foster (ISBN 9719)
aaf@aswblaw.com
Benjamin A. Schwartzman (ISBN 6512)
bas@aswblaw.com
**ANDERSEN SCHWARTZMAN**
**WOODARD BRAILSFORD, PLLC**
101 S. Capitol Blvd., Suite 1600
Boise, ID 83702
Telephone: 208.342.4411
Facsimile: 208.342.4455

*Attorneys for Defendant GemCap Lending I, LLC*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DALE L. MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> HAWLEY TROXELL ENNIS & HAWLEY LLP, an Idaho limited liability partnership, et al., <br><br> Defendants. | Case No. 1:10-cv-00404-DCN <br><br> DECLARATION OF ALYSON A. FOSTER IN SUPPORT OF GEMCAP LENDING I, LLC'S MOTION FOR SUMMARY JUDGMENT |

Pursuant to 28 U.S.C. § 1746, Alyson A. Foster declares as follows:

1. I am an attorney at Andersen Woodard Brailsford PLLC and represent GemCap Lending I, LLC ("GemCap"). I am competent to make this declaration and it is based on my personal knowledge.

DECLARATION OF ALYSON A. FOSTER IN SUPPORT OF GEMCAP LENDING I, LLC'S MOTION FOR SUMMARY JUDGMENT – 1

2. Attached as **Exhibit 1** is a true and correct copy of the *Complaint* in the action styled *GemCap Lending I, LLC v. Crop USA Insurance Agency, et al.*, No. 2:13-cv-05504-SJO-MAN (C.D. Cal.) ("California Action"), Dkt. 1, filed July 30, 2013.

3. Attached as **Exhibit 2** is a true and correct copy of the *Answer to Second Amended Complaint and Affirmative Defenses, by Crop USA Insurance Agency, Inc., CropUSA Insurance Services LLC, AIA Insurance Inc., AIA Services Corporation, R. John Taylor, Reinsurance Partners, LLC, Green Leaf Reinsurance Partners, LLC, And Sound Insurance Agency*, Dkt. 114 (California Action), filed November 14, 2013.

4. Attached as **Exhibit 3** is a true and correct copy of *Defendants' Crop USA Insurance Agency, Inc.; CropUSA Insurance Services, LLC; AIA Insurance Inc.; AIA Services Corporation, Memorandum of Contentions of Fact and Law Pursuant to Civil Local Rule 16-4*, Dkt. 232 (California Action), filed August 18, 2014.

5. Attached as **Exhibit 4** is a true and correct copy of *Civil Minutes – General*, Dkt. 272 (California Action), dated September 15, 2014.

6. Attached as **Exhibit 5** is a true and correct copy of the *Proposed Stipulated Judgment as to Defendants AIA Insurance, Inc. and AIA Services Corporation*, Dkt. 320 (California Action), filed April 2, 2015.

7. Attached as **Exhibit 6** is a true and correct copy of the *Order Regarding Proposed Stipulated Judgment as to Defendants AIA Insurance, Inc. and AIA Services Corporation*, Dkt. 324 (California Action), dated April 12, 2015.

8. Attached as **Exhibit 7** is a true and correct copy of the Civil Docket for Case No. 2:13-cv-05505-SJO-MAN (California Action), printed September 5, 2018.

9. Attached as **Exhibit 8** is a true and correct copy of the *Order to Dismiss Complaint Without Prejudice of Defendant R. John Taylor*, Dkt. 323 (California Action), dated April 14, 2015.

10. Attached as **Exhibit 9** is a true and correct copy of Civil Minutes – General, Dkt. 405 (California Action), dated April 7, 2017.

11. Attached as **Exhibit 10** is a true and correct copy of the Complaint in the action styled *Donna J. Taylor v. AIA Services Corporation, R. John Taylor, Connie Taylor Henderson, James Beck and Michael W Cashman, Sr.*, No. CV13-01075 ("*Donna Taylor v. AIA*"), filed May 24, 2013 in the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce.

12. Attached as **Exhibit 11** is a true and correct copy of *Plaintiff Donna J. Taylor's Motion to Amend and Supplement Complaint* in *Donna Taylor v. AIA*, Case No. CV13-01075, filed February 28, 2014.

13. Attached as **Exhibit 12** is a true and correct copy of the Civil Docket for *Donna Taylor v. AIA*, Case No. CV-2013-1075, printed July 18, 2018.

14. Attached as **Exhibit 13** is a true and correct copy of the *Judgment* in *Donna Taylor v. AIA*, Case No. CV-13-0001075, dated September 8, 2016.

15. Attached as **Exhibit 14** is a true and correct copy of the Verified Complaint for Declaratory Relief and Injunctive Relief in the action styled *Paul D. Durant, et al. v. GemCap Lending I, LLC, et al.,* Case No. CV14-01444 ("*Durant v. GemCap*"), filed July 21, 2014 in the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce.

DECLARATION OF ALYSON A. FOSTER IN SUPPORT OF GEMCAP LENDING I, LLC'S MOTION FOR SUMMARY JUDGMENT – 3

16. Attached as **Exhibit 15** is a true and correct copy of the *Answer of Defendants AIA Services Corporation and AIA Insurance, Inc.* in *Durant v. GemCap*, Case No. CV14-01444, filed August 18, 2014.

17. Attached as **Exhibit 16** is a true and correct copy of the transcript for Hearing on Motions, September 18, 2014, in *Durant v. GemCap*, Case No. CV14-1444.

18. Attached as **Exhibit 17** is a true and correct copy of *Plaintiffs' First Request for Production of Documents to GemCap Lending I, LLC* (at Ex. 17 pgs. 1-7), and *Plaintiffs' First Request for Production to Defendants AIA Services Corporation and AIA Insurance, Inc.* (at Ex. 17 pgs. 8-14), in *Durant v. GemCap*, Case No. CV-2014-1444, both dated September 26, 2014.

19. Attached as **Exhibit 18** is a true and correct copy of the *Opinion and Order on Plaintiffs' Motion to Lift Stay and Defendant GemCap's Renewed Motion to Dismiss* in *Durant v. GemCap*, Case No. CV-2014-1444, dated March 30, 2015.

20. Attached as **Exhibit 19** is a true and correct copy of the Civil Docket for *Durant v. GemCap*, Case No. CV-2014-1444, printed September 5, 2018.

21. Attached as **Exhibit 20** is a true and correct copy of a *Notice and Motion to Intervene by Intervenor Donna J. Taylor* in the California Action, Dkt. 291, filed January 8, 2015.

22. Attached as **Exhibit 21** is a true and correct copy of *Civil Minutes – General* in the California Action, Dkt. 301, dated February 2, 2015.

23. Attached as **Exhibit 22** is a true and correct copy of *Intervenor and Appellant Donna J. Taylor's Notice of Appeal to the United States Court of Appeals for the Ninth Circuit* in the California Action, Dkt. 311, filed March 3, 2015.

DECLARATION OF ALYSON A. FOSTER IN SUPPORT OF GEMCAP LENDING I, LLC'S MOTION FOR SUMMARY JUDGMENT – 4

24. Attached as **Exhibit 23** is a true and correct copy of the *Appellant's Brief* in *GemCap Lending I, LLC v. Crop USA Insurance Agency, Inc., et al.*, No. 15-55332 (9th Cir.), filed on behalf of Intervenor-Appellant Donna J. Taylor, filed September 8, 2015.

25. Attached as **Exhibit 24** is a true and correct copy of the Memorandum opinion issued by the United States Court of Appeals for the Ninth Circuit, in *GemCap Lending I, LLC v. Crop USA Insurance Agency, Inc., et al.*, No. 15-55332 (9th Cir.), dated February 15, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 17, 2018.

/s/ *Alyson A. Foster*
Alyson A. Foster

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of September, 2018, I filed the above-referenced document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James D. LaRue: jdl@elamburke.com
Jeffrey A. Thomson: jat@elamburke.com
Loren C. Ipsen: lci@elamburke.com
*Attorneys for Hawley Troxell Defendants*

Roderick C. Bond - rod@roderickbond.com
*Attorney for Plaintiff*

Martin J. Martelle: attorney@martellelaw.com
Vanessa A. Mooney: vanessa@martellelaw.com
*Attorneys for Crop Entities, Michael W. Cashman, R. John Taylor, James Beck, & Connie Taylor Henderson*

Markus William Louvier: mlouvier@ecl-law.com
James B King: jking@ecl-law.com
*Attorneys for Crumb & Munding, P.S.*

Jack S Gjording: jgjording@gfidaholaw.com
Stephen Lee Adams: sadams@gfidaholaw.com
Fanxi Wang: fwang@birdmarella.com
Mark T. Drooks: mdrooks@birdmarella.com
*Attorneys for Quarles & Brady, LLP*

Tyler Scott Waite: twaite@campbell-bissell.com
Michael Scott Bissell: mbissell@campbell-bissell.com
*Attorneys for Reed J. Taylor*

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

*Via email at jtaylor@cropusainsurance.com:*
AIA Services Corporation and AIA Insurance Inc.

                /s/ *Alyson A. Foster*