**EXHIBIT 4**

**TO**

**DECLARATION OF ALYSON A. FOSTER**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

CASE NO.: CV 13-05504 SJO (MANx)     DATE: September 15, 2014

TITLE: Gemcap Lending I LLC v. Crop USA Insurance Agency Inc et al

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                              Debbie Hino-Spaan
Courtroom Clerk                               Court Reporter

COUNSEL PRESENT FOR PLAINTIFF(S):     COUNSEL PRESENT FOR DEFENDANT(S):

Sanford L. Michelman                          John D. Munding
Jeffrey D. Farrow                             John P. Cogger
William E. Adams                              Brittany L. McCarthy

========================================================================
PROCEEDINGS: JURY TRIAL Day 1

Hearing held.

The Court is advised that this matter has resolved itself.

Counsel advise the Court that the parties have entered into a confidential written settlement. The Court is provided a copy of agreement. The Court marks the confidential settlement agreement as exhibit A and places said document under seal.

Counsel places the general terms of the settlement agreement on the record without covering the settlement agreement in detail.

Defendant R. John Taylor acknowledges that he reviewed and agrees with the terms and conditions set out in the under seal, confidential, binding settlement agreement.

Richard Ellis and David Ellis, representatives for Plaintiff Gemcap Lending, acknowledge that they have reviewed and agree to the terms and conditions set out in the under seal, confidential, binding settlement agreement, on behalf of Gemcap.

Counsel advise the Court that the attorney's fees and costs have been incorporated into the contract amount and stipulated judgment so there will not be an attorneys fees motion in relation to the stipulated judgment.

**FOSTER DEC. EX. 4 pg. 1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

CASE NO.: CV 13-05504 SJO (MANx)    DATE: September 15, 2014

The Court approves the settlement. The parties shall file a stipulated judgment by on or before Wednesday, October 15, 2014.

The Court discharges the jury.

The Court orders a copy of today's transcript, cost to be shared by the parties.

0/25
vpc