**EXHIBIT 5**

**TO**

**DECLARATION OF ALYSON A. FOSTER**

1    SANFORD L. MICHELMAN, CSB 179702
      smichelman@mrllp.com
2    WILLIAM E. ADAMS, CSB 153330
      wadams@mrllp.com
3    JORDAN R. BERNSTEIN, CSB 255816
      jbernstein@mrllp.com
4    DAVID C. LEE, CSB 193743
      dlee@mrllp.com
5    MICHELMAN & ROBINSON, LLP
      15760 Ventura Boulevard, 5th Floor
6    Encino, California 91436
      Tel: 818.783.5530 / Fax: 818.783.5507

Attorneys for Plaintiff,
GEMCAP LENDING I, LLC

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>vs.<br><br>CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company; CROP USA, LLC, a limited liability company of unknown origin; AIA INSURANCE, INC. an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; R. JOHN TAYLOR a/k/a RAY JOHNSON TAYLOR a/k/a R. JOHNSON TAYLOR a/k/a RAYMOND J. TAYLOR, an Individual; REINSURANCE PARTNERS, LLC, an Idaho limited liability company; GREEN LEAF REINSURANCE PARTNERS, LLC, a Delaware limited liability company; WESKAN AGENCY, LLC, a Kansas limited liability company; SOUND INSURANCE AGENCY, an Idaho assumed business name' PACIFIC EMPIRE RADIO CORPORATION, an Idaho corporation; RANDOLPH LAMBERJACK, an individual; JOLEE DUCLOS, an individual; BRYAN | CASE NO. CV13-5504 SJO (MAN)<br><br>Hon. S. James Otero<br><br>PROPOSED STIPULATED JUDGMENT AS TO DEFENDANTS AIA INSURANCE, INC. AND AIA SERVICES CORPORATION |

**FOSTER DEC. EX. 5 pg. 1**

| | |
|---|---|
| 1 | FREEMAN, an individual; and HILLCREST AIRCRAFT COMPANY, an Idaho corporation; CGB DIVERSIFIED SERVICES, INC. dba DIVERSIFIED CROP INSURANCE SERVICES, a Louisiana Corporation; and GREENLEAF REINSURANCE COMPANY |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |

WHEREAS on September 15, 2014, Defendants AIA Insurance, Inc. and AIA Services Corporation reached a settlement with Plaintiff GemCap Lending I, LLC regarding all of the claims alleged in the above-captioned matter;

WHEREAS on September 15, 2014, the terms of that settlement were placed on the record before this Court, with Plaintiff GemCap Lending I, LLC and Defendants AIA Insurance, Inc. and AIA Services Corporation having advised this Court of their willingness to be bound of the terms of that settlement;

WHEREAS a term of that settlement was that Defendants AIA Insurance, Inc. and AIA Services Corporation stipulated to a judgment in favor of Plaintiff GemCap Lending I, LLC in the amount of Twelve Million One Hundred Twenty Six Thousand Five Hundred Thirty Four Dollars and Sixty One Cents ($12,126,534.61);

WHEREAS a term of that settlement was that Plaintiff GemCap Lending I, LLC agrees not to execute on the stipulated judgment as to Defendants AIA Insurance, Inc. and AIA Services Corporation until Plaintiff has completed judgment collection efforts as specified in the formalized settlement documentation, or in the event of a default by any of the settling defendants under the terms of the formalized settlement documentation; However, Plaintiff is not required or obligated to maintain, continue, or to pursue collection activities. To the extent it takes any action, it does so in its sole and absolute discretion; and,

///
///
///

FOSTER DEC. EX. 25 pg. 2

PROPOSED STIPULATED JUDGMENT AS TO AIA INSURANCE, INC. AND AIA SERVICES CORP.

1  THEREFORE, Judgment should be entered against Defendants AIA Insurance, Inc. and AIA Services Corporation, and each of them, in the amount of Twelve Million One Hundred Twenty Six Thousand Five Hundred Thirty Four Dollars and Sixty One Cents ($12,126,534.61).

APPROVED AS TO FORM:

Dated: April 2, 2015                MICHELMAN & ROBINSON, LLP

                         By:   //S// WILLIAM E. ADAMS
                               Sanford L. Michelman
                               William E. Adams
                               Jordan R. Bernstein
                               David C. Lee
                               Attorneys for Plaintiff,
                               GEMCAP LENDING I, LLC

Dated: April 2, 2015                CRUMB & MUNDING, P.S.

                         By:   //S// JOHN D. MUNDING
                               John D. Munding
                               Attorney for Defendants,
                               AIA Insurance, Inc., and
                               AIA Services Corporation,

```
1  SANFORD L. MICHELMAN, CSB 179702
   smichelman@mrllp.com
2  WILLIAM E. ADAMS, CSB 153330
   wadams@mrllp.com
3  JORDAN R. BERNSTEIN, CSB 255816
   jbernstein@mrllp.com
4  DAVID C. LEE, CSB 193743
   dlee@mrllp.com
5  MICHELMAN & ROBINSON, LLP
   15760 Ventura Boulevard, 5th Floor
6  Encino, California 91436
   Tel: 818.783.5530 / Fax: 818.783.5507
7
8  Attorneys for Plaintiff,
   GEMCAP LENDING I, LLC
9
```

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company; CROP USA, LLC, a limited liability company of unknown origin; AIA INSURANCE, INC. an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; R. JOHN TAYLOR a/k/a RAY JOHNSON TAYLOR a/k/a R. JOHNSON TAYLOR a/k/a RAYMOND J. TAYLOR, an Individual; REINSURANCE PARTNERS, LLC, an Idaho limited liability company; GREEN LEAF REINSURANCE PARTNERS, LLC, a Delaware limited liability company; WESKAN AGENCY, LLC, a Kansas limited liability company; SOUND INSURANCE AGENCY, an Idaho assumed business name' PACIFIC EMPIRE RADIO CORPORATION, an Idaho corporation; RANDOLPH LAMBERJACK, an individual; JOLEE DUCLOS, an individual; BRYAN | CASE NO. CV13-5504 SJO (MAN)<br><br>Hon. S. James Otero<br><br>ORDER REGARDING PROPOSED STIPULATED JUDGMENT AS TO DEFENDANTS AIA INSURANCE, INC. AND AIA SERVICES CORPORATION |

| | |
|---|---|
| 1 | FREEMAN, an individual; and HILLCREST AIRCRAFT COMPANY, an Idaho corporation; CGB DIVERSIFIED SERVICES, INC. dba DIVERSIFIED CROP INSURANCE SERVICES, a Louisiana Corporation; and GREENLEAF REINSURANCE COMPANY |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

FOR GOOD CAUSE SHOWN, THE COURT HEREBY ADOPTS THE POPOSED STIPUATED JUDGMENT AS TO DEFENDANTS AIA INSURANCE, INC. AND AIA SERVICES CORPORATION as follows:

Judgment shall be entered against Defendants AIA Insurance, Inc. and AIA Services Corporation, and each of them, jointly and severally, and in favor of Plaintiff GemCap Lending I, LLC in the amount of Twelve Million One Hundred Twenty Six Thousand Five Hundred Thirty Four Dollars and Sixty One Cents ($12,126,534.61).

IT IS SO ORDERED.

_____
S. James Otero
United State District Court Judge