**EXHIBIT 8**

**TO**

**DECLARATION OF ALYSON A. FOSTER**

|   |   |
|---|---|
|   | NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company, | CASE NO. CV13-5504 SJO (MANx) |
| Plaintiff, | Hon. S. James Otero |
| vs. | |
| CROP USA INSURANCE AGENCY, INC., an Idaho corporation; CROP USA INSURANCE SERVICES, LLC, an Idaho limited liability company; CROP USA, LLC, a limited liability company of unknown origin; AIA INSURANCE, INC. an Idaho corporation; AIA SERVICES CORPORATION, an Idaho corporation; R. JOHN TAYLOR a/k/a RAY JOHNSON TAYLOR a/k/a R. JOHNSON TAYLOR a/k/a RAYMOND J. TAYLOR, an Individual; REINSURANCE PARTNERS, LLC, an Idaho limited liability company; GREEN LEAF REINSURANCE PARTNERS, LLC, a Delaware limited liability company; WESKAN AGENCY, LLC, a Kansas limited liability company; SOUND INSURANCE AGENCY, an Idaho assumed business name' PACIFIC EMPIRE RADIO CORPORATION, an Idaho corporation; RANDOLPH LAMBERJACK, an individual; JOLEE DUCLOS, an individual; BRYAN FREEMAN, an individual; and HILLCREST AIRCRAFT COMPANY, | **ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE OF DEFENDANT R. JOHN TAYLOR** |

1

ORDER OF DISMISSAL

**FOSTER DEC. EX. 8 pg. 1**

an Idaho corporation; CGB DIVERSIFIED SERVICES, INC. dba DIVERSIFIED CROP INSURANCE SERVICES, a Louisiana Corporation; and GREENLEAF REINSURANCE COMPANY

Defendants.

It is ordered that Plaintiff GEMCAP LENDING I, LLC's Complaint as to Defendant R. JOHN TAYLOR is dismissed, with prejudice except as to Plaintiff's claims for Fraud and Misrepresentation. Plaintiff's Fraud claims are dismissed without prejudice, pursuant to FRCP 41(a)(1) and the terms of that confidential settlement dated September 15, 2014, over which this Court has retained continuing jurisdiction. This dismissal is without award of costs or attorney fees to any party except as specified within the terms of the confidential settlement.

April 14, 2015.

Dated: _____     *S. James Otero*
                         _____
                         Hon. S. James Otero
                         United States District Judge

1097545/23065413v.1

2
ORDER OF DISMISSAL
**FOSTER DEC. EX. 8 pg. 2**