**EXHIBIT 9**

**TO**

**DECLARATION OF ALYSON A. FOSTER**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-05504 SJO (MANx) | Date | April 7, 2017 |
|---|---|---|---|
| Title | Gemcap Lending I LLC v. Crop USA Insurance Agency Inc et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | Not Present | | |
| Deputy Clerk | Court Reporter | Tape No. | |

Attorneys Present for Plaintiffs:

Attorneys Present for Defendants:

**Proceedings:** IN CHAMBERS

Case should have been statistically closed on Order [ECF #396] filed 01/26/17. Make JS-6.

| | : | 0/00 |
|---|---|---|
| | Initials of Preparer | vpc |

CV-90 (06/04)     CIVIL MINUTES - GENERAL     Page 1 of 1

FOSTER DEC. EX. 9 pg. 1