Case 2:18-cv-00370-RMP   ECF No. 9-13   filed 09/18/18   PageID.592   Page 1
of 31
Case 1:10-cv-90404-DCN-CWD   Document 440-13   Filed 09/17/18   Page 1 of 31

**EXHIBIT 12**

**TO**

**DECLARATION OF ALYSON A. FOSTER**

7/18/2018
Case 2:18-cv-00370-RMP  ECF No. 9-13  filed 09/18/18  PageID.593  Page 2
Case: 1:10-cv-00404-DCN-CWD  Document 446-13  Filed 09/17/18  Page 2 of 31
of 31

## Case Information

CV-2013-1075 | Donna Jean Taylor vs. AIA Services Corporation An Idaho Corporation, R John Taylor, Connie Taylor Henderson, James Beck, Milchael W Cashman, SR

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV-2013-1075 | Nez Perce County District Court | Brudie, Jeff M. |

| File Date | Case Type | Case Status |
|---|---|---|
| 05/24/2013 | AA- All Initial District Court Filings (Not E, F, and H1) | Appealed Case - Supreme Court Appeal |

## Party

**Plaintiff**
Taylor, Donna Jean

DOB
XX/XX/1939

Inactive Attorneys ⌄
Lead Attorney
Bond, Roderick C.
Retained

---

**Defendant**
AIA Services Corporation An Idaho Corporation

Inactive Attorneys ⌄
Pro Se

Lead Attorney
Wieland, Steven Paul
Retained

---

**Defendant**
Taylor, R John

Inactive Attorneys ⌄
Pro Se

**FOSTER DEC. EX. 12 pg. 1**

7/18/2018

Case 2:18-cv-00370-RMP   ECF No. 9-13   filed 09/18/18   PageID.594   Page 3
Case 1:10-cv-30404-DCN-CWD   Document 112-13   Filed 09/17/18   Page 3 of 31
of 31

Lead Attorney
Wieland, Steven
Paul
Retained

Pro Se

---

Defendant
Henderson, Connie Taylor

Inactive Attorneys ▾
Pro Se

Pro Se

Lead Attorney
Wieland, Steven
Paul
Retained

---

Defendant
Beck, James

Inactive Attorneys ▾
Pro Se

Lead Attorney
Wieland, Steven
Paul
Retained

Pro Se

---

Defendant
Cashman, Milchael W, Sr

Inactive Attorneys ▾
Pro Se

Pro Se

Lead Attorney
Wieland, Steven
Paul
Retained

**FOSTER DEC. EX. 12 pg. 2**

## Events and Hearings

**05/24/2013 New Case Filed Other Claims** ▾

Comment
New Case Filed-Other Claims

**05/24/2013 ROA - Converted Event** ▾

Comment
Filing: A - All initial civil case filings of any type not listed in categories B-H, or the other A listings below Paid by: donna taylor Receipt number: 0008659 Dated: 5/24/2013 Amount: $96.00 (Check) For: Taylor, Donna J (plaintiff)

**05/24/2013 Attorney Retained** ▾

Comment
Plaintiff: Taylor, Donna J Attorney Retained Roderick C Bond

**05/24/2013 Complaint Filed** ▾

Comment
Complaint Filed

**05/24/2013 Summons Filed** ▾

Comment
Summons Filed--AIA Services Corporation

**05/24/2013 Summons Filed** ▾

Comment
Summons Filed--Connie Taylor Henderson

**05/24/2013 Summons Filed** ▾

Comment
Summons Filed--James Beck

**05/24/2013 Miscellaneous** ▾

**FOSTER DEC. EX. 12 pg. 3**

Comment
Plaintiff Donna J. Taylor's Motion to Consolidate

05/24/2013 Summons Filed ▾

Comment
Summons Filed--R. John Taylor

05/24/2013 Summons Filed ▾

Comment
Summons Filed--Michael w. Cashman Sr

06/05/2013 Motion ▾

Comment
Defendants' R. John Taylor And Connie Taylor Henderson's Motion
To Dismiss Pursuant To IRCP 12(b)(8)

06/17/2013 Answer ▾

Comment
AIA Services Corporation's Answer, Affirmative Defenses And
Counterclaim

06/17/2013 Miscellaneous ▾

Comment
AIA Services Corporation's Joinder To Plaintiff's Motion To
Consolidate

06/17/2013 ROA - Converted Event ▾

Comment
Filing: I1 - Initial Appearance by persons other than the plaintiff or
petitioner Paid by: Risley Law Office Receipt number: 0010864
Dated: 7/5/2013 Amount: $66.00 (Check) For: AIA Services
Corporation An Idaho Corporation (defendant)

06/17/2013 Attorney Retained ▾

Comment
Defendant: AIA Services Corporation An Idaho Corporation Attorney
Retained Douglas J Siddoway

07/22/2013 Acceptance of Service ▾

Comment
Acceptance Of Service - def

08/06/2013 Stipulation ▾

**FOSTER DEC. EX. 12 pg. 4**

7/18/2018

Case 2:18-cv-00370-RMP ECF No. 9-13 filed 09/18/18 PageID.597 Page 6
Case 1:17-cv-00404-DCN-CWD Document 44-13 Filed 09/17/18 Page 6 of 31
of 31

Comment
Stipulation to Consolidate Case No. CV2013-1075 with Case
CV2008-1150

08/07/2013 Acceptance of Service ▾

Comment
Acceptance Of Service - plf

08/08/2013 Order ▾

Comment
Order to Consolidate Case No CV13-1075 with Case No CV08-1150

08/08/2013 Change Assigned Judge ▾

Comment
Change Assigned Judge

09/25/2013 Answer ▾

Comment
Answer and Affirmative Defenses of Defendants R. John Taylor;
Connie Taylor Henderson; James W. Beck; and Michael W.
Cashman, Sr.

09/25/2013 ROA - Converted Event ▾

Comment
Filing: I1 - Initial Appearance by persons other than the plaintiff or
petitioner Paid by: Risley Law Office PLLC Receipt number: 0015163
Dated: 9/26/2013 Amount: $66.00 (Check) For: Beck, James
(defendant), Cashman, Milchael W Sr (defendant), Henderson,
Connie Taylor (defendant) and Taylor, R John (defendant)

09/25/2013 Attorney Retained ▾

Comment
Defendant: Taylor, R John Attorney Retained David R Risley

09/25/2013 Attorney Retained ▾

Comment
Defendant: Henderson, Connie Taylor Attorney Retained David R
Risley

09/25/2013 Attorney Retained ▾

Comment
Defendant: Beck, James Attorney Retained David R Risley

09/25/2013 Attorney Retained ▾

**FOSTER DEC. EX. 12 pg. 5**

7/18/2018
Case 2:18-cv-00370-BMP—ECF No. 9-13 filed 09/18/18 PageID.598 Page 7
of 31
Case 1:19-cv-00404-DCN-CWD Document 446-13 Filed 09/17/19 Page 7 of 31

Comment
Defendant: Cashman, Milchael W Sr Attorney Retained David R
Risley

---

12/03/2013 Hearing Scheduled ▼

Comment
Hearing Scheduled (Telephonic Scheduling Conference 12/19/2013
02:15 PM)

---

12/19/2013 Telephone Conference ▼

Judicial Officer
Brudie, Jeff M.

Hearing Time
02:15 PM

Result
Hearing Held

Comment
Hearing result for Telephonic Scheduling Conference scheduled on
12/19/2013 02:15 PM: Hearing Held

---

12/19/2013 Hearing Held ▼

Comment
Hearing result for Telephonic Scheduling Conference scheduled on
12/19/2013 02:15 PM: Hearing Held

---

12/20/2013 Order ▼

Comment
Order Setting Case for Trial and Pre-trial Conference

---

12/20/2013 Hearing Scheduled ▼

Comment
Hearing Scheduled (Pretrial Conference 09/18/2014 02:00 PM)

---

12/20/2013 Hearing Scheduled ▼

Comment
Hearing Scheduled (Jury Trial 09/29/2014 09:00 AM)

---

02/03/2014 Notice of Service ▼

Comment
Notice Of Service-defendant AIA Services Corporation

---

02/12/2014 Hearing Scheduled ▼

**FOSTER DEC. EX. 12 pg. 6**

Comment

Hearing Scheduled (Hearing 02/20/2014 09:00 AM) TELE ~ Richard
A. Riley's Motion to Quash Subpoena and for Protective Order

02/20/2014 Continued ▾

Comment

Continued (Hearing 03/13/2014 09:00 AM) TELE ~ Richard A. Riley's
Motion to Quash Subpoena and for Protective Order

02/28/2014 Motion ▾

Comment

Plaintiff Donna J. Taylor's Motion to Amend and Supplement
Complaint

02/28/2014 Notice of Hearing ▾

Comment

Notice Of Hearing - 3-13-14 @ 9:00am Plaintiff's Motion to Amend &
Supplement Complaint

02/28/2014 Hearing Scheduled ▾

Comment

Hearing Scheduled (Hearing 03/13/2014 09:00 AM) Plaintiff's Motion
to Amend & Supplement Complaint

02/28/2014 Notice of Service ▾

Comment

Notice Of Service-defendant - AIA Services Corporation

03/05/2014 Notice ▾

Comment

Plaintiff's Notice of Vacating of Hearing Scheduled for March 13,
2014 on Plaintiff's Motion to Amend and Supplement Complaint

03/05/2014 Hearing Vacated ▾

Comment

Hearing result for Hearing scheduled on 03/13/2014 09:00 AM:
Hearing Vacated Plaintiff's Motion to Amend & Supplement
Complaint

03/10/2014 Hearing Vacated ▾

Comment

Hearing result for Hearing scheduled on 03/13/2014 09:00 AM:
Hearing Vacated TELE ~ Richard A. Riley's Motion to Quash
Subpoena and for Protective Order

**FOSTER DEC. EX. 12 pg. 7**

7/18/2018                Case 2:18-cv-00370-RMP—ECF No. 9-13   filed 09/18/18   PageID.600   Page 9
Case 1:10-cv-30404-DCN-CWD   Document 446-13   Filed 09/17/18   Page 9 of 31
of 31

03/11/2014 Notice ▾

   Comment
   Notice Vacating Hearing on Richard A. Riley's Motion to Quash
   Subpoena and for Protective Order

---

03/13/2014 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
TELE ~ Richard A. Riley's Motion to Quash Subpoena and for Protective
Order Hearing result for Hearing scheduled on 03/13/2014 09:00 AM:
Hearing Vacated

---

03/13/2014 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
Plaintiff's Motion to Amend & Supplement Complaint Hearing result for
Hearing scheduled on 03/13/2014 09:00 AM: Hearing Vacated

---

03/17/2014 Hearing Scheduled ▾

   Comment
   Hearing Scheduled (Motion for Summary Judgment 04/17/2014
   09:00 AM) Defendant AIA Services

---

03/17/2014 Hearing Scheduled ▾

   Comment
   Hearing Scheduled (Motion to Dismiss 04/17/2014 09:00 AM)
   Defendant AIA Services and R. John Taylor, Connie Taylor
   Henderson, James Beck and Michael Cashman Sr.

**FOSTER DEC. EX. 12 pg. 8**

7/18/2018
Case 2:18-cv-00370-RMP  ECF No. 9-13  filed 09/18/18  PageID.601  Page 10
Case 1:10-cv-00404-DCN-CWD  Document 440-13  Filed 09/17/18  Page 10 of 31
of 31

03/20/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 03/27/2014 09:00 AM) Plaintiff's Motion
to Vacate or Continue Hearings

03/21/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Motion To Compel 04/03/2014 09:00 AM)
Plaintiff

03/27/2014 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Plaintiff's Motion to Vacate or Continue Hearings Hearing result for Hearing
scheduled on 03/27/2014 09:00 AM: Hearing Held

03/27/2014 Hearing Held ▾

Comment
Hearing result for Hearing scheduled on 03/27/2014 09:00 AM:
Hearing Held Plaintiff's Motion to Vacate or Continue Hearings

03/27/2014 Motion Granted ▾

Comment
Hearing result for Hearing scheduled on 03/27/2014 09:00 AM:
Motion Granted Plaintiff's Motion to Vacate or Continue Hearings

03/27/2014 DC Hearing Held: Court Reporter: # of Pages: ▾

Comment
Hearing result for Hearing scheduled on 03/27/2014 09:00 AM:
District Court Hearing Held Court Reporter: Nancy Towler Transcript
Pages for this hearing estimated: Less than 10 pages Plaintiff's
Motion to Vacate or Continue Hearings

03/27/2014 Continued ▾

Comment
Hearing result for Motion to Dismiss scheduled on 04/17/2014 09:00
AM: Continued TELE Defendant AIA Services and R. John Taylor,
Connie Taylor Henderson, James Beck and Michael Cashman Sr.

**FOSTER DEC. EX. 12 pg. 9**

7/18/2018

Case 2:18-cv-00370-RMP—ECF No. 9-13    filed 09/18/18   PageID.602    Page 11
Case 1:10-cv-00405-DCN-CWD   Document 440-13   Filed 09/17/18   Page 11 of 31
of 31

03/27/2014 Continued ▾

Comment
Hearing result for Motion for Summary Judgment scheduled on
04/17/2014 09:00 AM: Continued TELE ~ Defendant AIA Services

03/27/2014 Minute Entry ▾

Comment
Minute Entry Hearing type: Plf's Motion to Continue or Vacate Defs'
Hearing Hearing date: 3/27/2014 Time: 9:04 am Courtroom: Court
reporter: Nancy Towler Minutes Clerk: PAM Tape Number: Crtrm #1
Plaintiff: Roderick C. Bond Defendants' Taylor: David Risley
Defendant AIA: Douglas J. Siddoway

03/28/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 04/03/2014 09:00 AM) Defendants'
Motion for Protective Order

04/03/2014 Motion to Compel ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Plaintiff - Telephonic Hearing result for Motion To Compel scheduled on
04/03/2014 09:00 AM: Hearing Held

04/03/2014 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Defendants' Motion for Protective Order TELEPHONE Hearing result for
Hearing scheduled on 04/03/2014 09:00 AM: Hearing Held

04/03/2014 Hearing Held ▾

**FOSTER DEC. EX. 12 pg. 10**

7/18/2018 Case 2:18-cv-00370-BMP-ECF No. 9-13 filed 09/18/18 PageID.603 Page 12
Case 2:18-cv-00404-DCN-CWD Document 440-13 Filed 09/17/18 Page 12 of 31
of 31

Comment
Hearing result for Hearing scheduled on 04/03/2014 09:00 AM:
Hearing Held Defendants' Motion for Protective Order TELEPHONE

04/03/2014 Hearing Held ▾

Comment
Hearing result for Motion To Compel scheduled on 04/03/2014 09:00
AM: Hearing Held Plaintiff - Telephonic

04/07/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Motion for Partial Summary Judgment
05/23/2014 09:00 AM) Plaintiff

04/07/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Motion to Dismiss 05/23/2014 09:00 AM)
Defendant AIA & Individual Defendants

04/07/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Motion for Summary Judgment 05/23/2014
09:00 AM) Defendant AIA

04/17/2014 Motion for Summary Judgment ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Continued

Comment
TELE ~ Defendant AIA Services Hearing result for Motion for Summary
Judgment scheduled on 04/17/2014 09:00 AM: Continued

04/17/2014 Motion to Dismiss ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Continued

**FOSTER DEC. EX. 12 pg. 11**

Comment
TELE Defendant AIA Services and R. John Taylor, Connie Taylor
Henderson, James Beck and Michael Cashman Sr. Hearing result for
Motion to Dismiss scheduled on 04/17/2014 09:00 AM: Continued

05/01/2014 Motion ▾

Comment
Motion to Strike Portions of Pederson Declaration ~ Defendants

05/01/2014 Notice of Hearing ▾

Comment
Notice Of Hearing ~ 5-23-14 @ 9:00am Defendants' Motion to Strike
Portion of Pederson Declaration

05/01/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 05/23/2014 09:00 AM) Defendants'
Motion to Strike Portion of Pederson Affidavit

05/23/2014 Motion for Partial Summary Judgment ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Plaintiff Hearing result for Motion for Partial Summary Judgment scheduled
on 05/23/2014 09:00 AM: Hearing Held

05/23/2014 Motion to Dismiss ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Defendant AIA & Individual Defendants Hearing result for Motion to
Dismiss scheduled on 05/23/2014 09:00 AM: Hearing Held

05/23/2014 Motion for Summary Judgment ▾

**FOSTER DEC. EX. 12 pg. 12**

7/18/2018    Case 2:18-cv-00370-RMP-ECS No. 9-13    filed 09/18/18    PageID.605    Page 14
Case 1:18-cv-00404-DCN-CWD    Document 4-10-13    Filed 09/17/18    Page 14 of 31
of 31

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Defendant AIA Hearing result for Motion for Summary Judgment
scheduled on 05/23/2014 09:00 AM: Hearing Held

05/23/2014 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Comment
Defendants' Motion to Strike Portion of Pederson Affidavit

05/23/2014 Minute Entry ▾

Comment
Minute Entry Hearing type: Hearing on Motions Hearing date:
5/23/2014 Time: 9:02 am Courtroom: Court reporter: Nancy Towler
Minutes Clerk: PAM Tape Number: Crtrm #1 Plaintiff: Roderick C.
Bond Defendants Taylor, Beck & Cashman: David R. Risley
Defendant AIA: Douglas J. Siddoway

05/23/2014 Hearing Held ▾

Comment
Hearing result for Motion for Summary Judgment scheduled on
05/23/2014 09:00 AM: Hearing Held Defendant AIA

05/23/2014 Hearing Held ▾

Comment
Hearing result for Motion to Dismiss scheduled on 05/23/2014 09:00
AM: Hearing Held Defendant AIA & Individual Defendants

05/23/2014 Hearing Held ▾

Comment
Hearing result for Motion for Partial Summary Judgment scheduled
on 05/23/2014 09:00 AM: Hearing Held Plaintiff

07/28/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 08/06/2014 01:00 PM) Defendant AIA
Services' Second Amended Motion to Dismiss Plaintiff and

**FOSTER DEC EX 12 pg. 13**

7/18/2018

Case 2:18-cv-00370-BMP-FCS No. 9-13    filed 09/18/18    Page 15
Case 1:18-cv-00404-DCN-CWD    Document 480-13    Filed 09/17/18    PageID 606    Page 15
of 31

Clarification ▾

---

07/29/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 08/06/2014 01:00 PM)
Plaintiff's Motion for Clarification and Motion for Reconsideration,
Plaintiff's Motion to Lift the Stay in Discovery and Renewed Motion to
Compel

---

07/29/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 09/03/2014 02:00 PM) Plaintiff's Motion
for Permission to Amend to Include a Prayer for Relief for Punitive
Damages Against Beck, Cashman, John and Connie

---

07/29/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 08/06/2014 01:00 PM) TELE ~ Defs
Taylor, Taylor Henderson, Beck and Cashman's Motion for
Reconsideration and Clarification

---

08/06/2014 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Comment
Defendant AIA Services' Second Amended Motion for Reconsideration and
Clarification

---

08/06/2014 Motion Hearing ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Result
Hearing Held

Comment
Plaintiff's Motion for Clarification and Motion for Reconsideration, Plaintiff's
Motion to Lift the Stay in Discovery and Renewed Motion to Compel
Hearing result for Hearing on Motions scheduled on 08/06/2014 01:00 PM:
Hearing Held

---

08/06/2014 Hearing Scheduled ▾    **FOSTER DEC. EX. 12 pg. 14**

7/18/2018                                                                                                      Odyssey

Case 2:18-cv-00370-BMP-ECK No. 9-13 filed 09/18/18 PageID.607 Page 16 of 31
Case 2:18-cv-00404-DCN-CWD Document 440-13 Filed 09/17/18 Page 16 of 31

**Judicial Officer**
Brudie, Jeff M.

**Hearing Time**
01:00 PM

**Comment**
TELE ~ Defs Taylor, Taylor Henderson, Beck and Cashman's Motion for Reconsideration and Clarification

---

08/06/2014 Hearing Held ▾

**Comment**
Hearing result for Hearing on Motions scheduled on 08/06/2014 01:00 PM: Hearing Held Plaintiff's Motion for Clarification and Motion for Reconsideration, Plaintiff's Motion to Lift the Stay in Discovery and Renewed Motion to Compel

---

08/25/2014 Hearing Vacated ▾

**Comment**
Hearing result for Hearing scheduled on 09/03/2014 02:00 PM: Hearing Vacated Plaintiff's Motion for Permission to Amend to Include a Prayer for Relief for Punitive Damages Against Beck, Cashman, John and Connie

---

08/25/2014 Hearing Vacated ▾

**Comment**
Hearing result for Pretrial Conference scheduled on 09/18/2014 02:00 PM: Hearing Vacated

---

08/25/2014 Hearing Vacated ▾

**Comment**
Hearing result for Jury Trial scheduled on 09/29/2014 09:00 AM: Hearing Vacated

---

08/25/2014 Hearing Scheduled ▾

**Comment**
Hearing Scheduled (Telephonic Scheduling Conference 09/11/2014 01:30 PM)

---

09/03/2014 Hearing Scheduled ▾

**Judicial Officer**
Brudie, Jeff M.

**Hearing Time**
02:00 PM

**Cancel Reason**
Vacated

**FOSTER DEC. EX. 12 pg. 15**

Result
Hearing Vacated

Comment
Plaintiff's Motion for Permission to Amend to Include a Prayer for Relief for
Punitive Damages Against Beck, Cashman, John and Connie Hearing
result for Hearing scheduled on 09/03/2014 02:00 PM: Hearing Vacated

---

09/11/2014 Telephone Conference ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:30 PM

Result
Hearing Held

Comment
Hearing result for Telephonic Scheduling Conference scheduled on
09/11/2014 01:30 PM: Hearing Held

---

09/11/2014 Hearing Held ▾

Comment
Hearing result for Telephonic Scheduling Conference scheduled on
09/11/2014 01:30 PM: Hearing Held

---

09/18/2014 Pre-trial Conference ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
02:00 PM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
Hearing result for Pretrial Conference scheduled on 09/18/2014 02:00 PM:
Hearing Vacated

---

09/29/2014 Jury Trial ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Cancel Reason
Vacated

**FOSTER DEC. EX. 12 pg. 16**

7/18/2018
Case 2:18-cv-00370-RMP   ECF No. 9-13   filed 09/18/18   PageID.609   Page 18
Case 1:10-cv-00404-DCN-CWD   Document 440-13   Filed 09/17/18   Page 18 of 31
of 31

Result
Hearing Vacated

Comment
Hearing result for Jury Trial scheduled on 09/29/2014 09:00 AM: Hearing
Vacated

---

10/08/2014 Hearing Scheduled ▾

Comment
Hearing Scheduled (Jury Trial 06/22/2015 09:00 AM)

---

02/25/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 02/26/2015 10:00 AM) Motion to
Appoint Discovery Master

---

02/26/2015 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
10:00 AM

Result
Hearing Held

Comment
Defendant's Motion to Appoint Discovery Master Hearing result for Hearing
scheduled on 02/26/2015 10:00 AM: Hearing Held

---

02/26/2015 Hearing Held ▾

Comment
Hearing result for Hearing scheduled on 02/26/2015 10:00 AM:
Hearing Held Defendant's Motion to Appoint Discovery Master

---

04/20/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Motion for Summary Judgment 05/22/2015
10:30 AM) Henderson, Beck, Cashman and Taylor

---

04/20/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Motion to Dismiss 05/22/2015 10:30 AM)
Defendant Henderson

---

04/21/2015 Continued ▾

**FOSTER DEC. EX. 12 pg. 17**

Comment
Continued (Motion to Dismiss 05/28/2015 10:30 AM) Defendant
Henderson

---

04/21/2015 Continued ▾

Comment
Continued (Motion for Summary Judgment 05/28/2015 10:30 AM)
Henderson, Beck, Cashman and Taylor

---

04/23/2015 Attorney Retained ▾

Comment
Defendant: Taylor, R John Attorney Retained Shawnee S Perdue

---

04/23/2015 Attorney Retained ▾

Comment
Defendant: Henderson, Connie Taylor Attorney Retained Shawnee S
Perdue

---

04/23/2015 Attorney Retained ▾

Comment
Defendant: Beck, James Attorney Retained Shawnee S Perdue

---

04/23/2015 Attorney Retained ▾

Comment
Defendant: Cashman, Milchael W Sr Attorney Retained Shawnee S
Perdue

---

04/29/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 05/28/2015 10:30 AM) Defs'
Motion to Dismiss for Failure to Name an Indispensible Party, Defs'
Motion to Dismiss for Failure to State a Claim, Defendant John
Taylor's Motion for Summary Judgment

---

04/30/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 05/28/2015 10:30 AM) Defendant AIA
Services Corporation's Second Motion for Reconsideration

---

05/11/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 05/12/2015 10:00 AM)
Plaintiff's Motion to Vacate Summary Judgment Hearings and
Plaintiff's Motion for Setting a Pre-Trial Conference

---

**FOSTER DEC. EX. 12 pg. 18**

7/18/2018    Case 2:18-cv-00370-RMP – ECF No. 9-13    filed 09/18/18    PageID.611    Page 20
Case 1:10-cv-00404-DCN-CWD   Document 440-13   Filed 09/17/18   Page 20 of 31
of 31

05/12/2015 Motion Hearing ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
10:00 AM

Result
Hearing Held

Comment
Plaintiff's Motion to Vacate Summary Judgment Hearings and Plaintiff's
Motion for Setting a Pre-Trial Conference Hearing result for Hearing on
Motions scheduled on 05/12/2015 10:00 AM: Hearing Held

---

05/12/2015 Hearing Held ▾

Comment
Hearing result for Hearing on Motions scheduled on 05/12/2015
10:00 AM: Hearing Held Plaintiff's Motion to Vacate Summary
Judgment Hearings and Plaintiff's Motion for Setting a Pre-Trial
Conference

---

05/12/2015 DC Hearing Held: Court Reporter: # of Pages: ▾

Comment
Hearing result for Hearing on Motions scheduled on 05/12/2015
10:00 AM: District Court Hearing Held Court Reporter: Nancy Towler
Number of Transcript Pages for this hearing estimated: Less than
100 pages Plaintiff's Motion to Vacate Summary Judgment Hearings
and Plaintiff's Motion for Setting a Pre-Trial Conference

---

05/15/2015 Continued ▾

Comment
Continued (Hearing 06/04/2015 01:00 PM) Defendant AIA Services
Corporation's Second Motion for Reconsideration

---

05/15/2015 Continued ▾

Comment
Continued (Motion for Summary Judgment 06/04/2015 01:00 PM)
Henderson, Beck, Cashman and Taylor

---

05/15/2015 Continued ▾

Comment
Continued (Hearing on Motions 06/04/2015 01:00 PM) Defs' Motion
to Dismiss for Failure to Name an Indispensible Party, Defs' Motion to
Dismiss for Failure to State a Claim, Defendant John Taylor's Motion
for Summary Judgment

---

05/15/2015 Continued ▾

**FOSTER DEC. EX. 12 pg. 19**

Comment
Continued (Motion to Dismiss 06/04/2015 01:00 PM) Defendant
Henderson

05/15/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Pretrial Conference 06/04/2015 01:00 PM)

05/22/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 06/04/2015 01:00 PM)
Plaintiff's Motion to Amend and Supplement Complaint, Plaintiff's
Motion to Order Seperate Trials

05/27/2015 Hearing Vacated ▾

Comment
Hearing result for Motion for Summary Judgment scheduled on
06/04/2015 01:00 PM: Hearing Vacated Henderson, Beck, Cashman
and Taylor

06/04/2015 Motion in Limine ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Result
Hearing Held

Comment
Plaintiff Hearing result for Motion in Limine scheduled on 06/04/2015 01:00
PM: Hearing Held

06/04/2015 Motion to Dismiss ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Result
Hearing Continued

Comment
Defendant Henderson Hearing result for Motion to Dismiss scheduled on
06/04/2015 01:00 PM: Continued

06/04/2015 Motion for Summary Judgment ▾

**FOSTER DEC. EX. 12 pg. 20**

7/18/2018    Case 2:18-cv-00370-RMP   ECF No. 9-13    filed 09/18/18   PageID.613   Page 22
Case 2:18-cv-00404-DCN-CWD   Document 440-13   Filed 09/17/18   Page 22 of 31
of 31

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
Henderson, Beck, Cashman and Taylor Hearing result for Motion for
Summary Judgment scheduled on 06/04/2015 01:00 PM: Hearing Vacated

---

06/04/2015 Motion Hearing ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Comment
Defs' Motion to Dismiss for Failure to Name an Indispensible Party, Defs'
Motion to Dismiss for Failure to State a Claim, Defendant John Taylor's
Motion for Summary Judgment

---

06/04/2015 Pre-trial Conference ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Result
Hearing Held

Comment
Hearing result for Pretrial Conference scheduled on 06/04/2015 01:00 PM:
Hearing Held

---

06/04/2015 Motion Hearing ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Comment
Plaintiff's Motion to Amend and Supplement Complaint, Plaintiff's Motion to
Order Seperate Trials

---

06/04/2015 Hearing Scheduled   **FOSTER DEC. EX. 12 pg. 21**

7/18/2018    Case 2:18-cv-00270-RMP—ECF No. 9-13    filed 09/18/18    09/PageID614    Page 23
Case 2:18-cv-00404-DCN-CWD   Document 40-13   Filed 09/17/18   Page 23 of 31
of 31

Judicial Officer
Brudie, Jeff M.

Hearing Time
01:00 PM

Result
Hearing Held

Comment
Defendant AIA Services Corporation's Second Motion for Reconsideration
Hearing result for Hearing scheduled on 06/04/2015 01:00 PM: Hearing
Held

---

06/04/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Motion in Limine 06/04/2015 01:00 PM) Plaintiff

---

06/04/2015 Hearing Held ▾

Comment
Hearing result for Hearing scheduled on 06/04/2015 01:00 PM:
Hearing Held Defendant AIA Services Corporation's Second Motion
for Reconsideration

---

06/04/2015 Continued ▾

Comment
Hearing result for Motion to Dismiss scheduled on 06/04/2015 01:00
PM: Continued Defendant Henderson

---

06/04/2015 Hearing Held ▾

Comment
Hearing result for Motion in Limine scheduled on 06/04/2015 01:00
PM: Hearing Held Plaintiff

---

06/04/2015 Hearing Held ▾

Comment
Hearing result for Pretrial Conference scheduled on 06/04/2015
01:00 PM: Hearing Held

---

06/08/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 06/12/2015 11:00 AM) TELE
~ Defendants' Pending Motions

---

06/11/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 06/12/2015 11:00 AM) Plaintiff's Motion
to Amend Complaints in Both Lawsuits to Include Prayer for Punitive

**FOSTER DEC. EX. 12 pg. 22**

7/18/2018 Case 2:18-cv-00370-BMC-ECF No. 8-13 filed 09/18/18 PageID.615 Page 24
Case 2:18-cv-00404-DCN-CWD Document 440-13 Filed 09/17/18 Page 24 of 31
of 31

Damages

---

06/12/2015 Motion Hearing ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
11:00 AM

Result
Hearing Held

Comment
TELE ~ Defendants' Pending Motions Hearing result for Hearing on
Motions scheduled on 06/12/2015 11:00 AM: Hearing Held

---

06/12/2015 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
11:00 AM

Result
Hearing Held

Comment
Plaintiff's Motion to Amend Complaints in Both Lawsuits to Include Prayer
for Punitive Damages Hearing result for Hearing scheduled on 06/12/2015
11:00 AM: Hearing Held

---

06/12/2015 Hearing Held ▾

Comment
Hearing result for Hearing on Motions scheduled on 06/12/2015
11:00 AM: Hearing Held TELE ~ Defendants' Pending Motions

---

06/12/2015 Hearing Held ▾

Comment
Hearing result for Hearing scheduled on 06/12/2015 11:00 AM:
Hearing Held Plaintiff's Motion to Amend Complaints in Both
Lawsuits to Include Prayer for Punitive Damages

---

06/16/2015 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 06/17/2015 02:00 PM)
TELE ~ Plaintiff's Motion to Vacate Trial, Plaintiff's Motion for Rule
54(b) Certification

---

06/17/2015 Motion Hearing ▾

**FOSTER DEC. EX. 12 pg. 23**

Case 1:18-cv-00404-DCN-CWD Document 440-13 Filed 09/17/18 Page 25 of 31

Judicial Officer
Brudie, Jeff M.

Hearing Time
02:00 PM

Result
Hearing Held

Comment
TELE ~ Plaintiff's Motion to Vacate Trial, Plaintiff's Motion for Rule 54(b) Certification Hearing result for Hearing on Motions scheduled on 06/17/2015 02:00 PM: Hearing Held

06/17/2015 Hearing Held

Comment
Hearing result for Hearing on Motions scheduled on 06/17/2015 02:00 PM: Hearing Held TELE ~ Plaintiff's Motion to Vacate Trial, Plaintiff's Motion for Rule 54(b) Certification

06/17/2015 Hearing Vacated

Comment
Hearing result for Jury Trial scheduled on 06/22/2015 09:00 AM: Hearing Vacated

06/22/2015 Jury Trial

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
Hearing result for Jury Trial scheduled on 06/22/2015 09:00 AM: Hearing Vacated

12/21/2015 Hearing Scheduled

Comment
Hearing Scheduled (Motion for Leave to Withdraw as Attorney 01/14/2016 09:00 AM) Defendant AIA Services

01/14/2016 Motion to Withdraw as Attorney

Judicial Officer
Brudie, Jeff M.

**FOSTER DEC. EX. 12 pg. 24**

7/18/2018
Case 2:18-cv-00370-RMP   ECF No. 9-13    filed 09/18/18   PageID.617   Page 26
Case 1:10-cv-00404-DCN-CWD   Document 480-13   Filed 09/17/18   Page 26 of 31
of 31

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Defendant AIA Services Hearing result for Motion for Leave to Withdraw as
Attorney scheduled on 01/14/2016 09:00 AM: Hearing Held

---

01/14/2016 Hearing Held ▾

Comment
Hearing result for Motion for Leave to Withdraw as Attorney
scheduled on 01/14/2016 09:00 AM: Hearing Held Defendant AIA
Services

---

01/14/2016 Motion Granted ▾

Comment
Hearing result for Motion for Leave to Withdraw as Attorney
scheduled on 01/14/2016 09:00 AM: Motion Granted Defendant AIA
Services

---

01/14/2016 DC Hearing Held: Court Reporter: # of Pages: ▾

Comment
District Court Hearing Held Court Reporter: Linda Carlton Number of
Transcript Pages for this hearing estimated: Less than 100 pages

---

01/14/2016 Order ▾

Comment
Order Granting Motion for Leave to Withdraw (Douglas J. Siddoway
for Defendant AIA Services Corporation)

---

06/28/2016 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 07/21/2016 09:00 AM) Plaintiff's Motion
for Rule 54(b) Certfication

---

07/20/2016 Continued ▾

Comment
Continued (Hearing 08/18/2016 10:00 AM) Plaintiff's Motion for Rule
54(b) Certfication

---

08/08/2016 Notice ▾

Comment
Notice of Attorney Address Change - (Attorney for Defendant(s) R
John Taylor, Connie Taylor, James Beck & Michael Cashman)

**FOSTER DEC. EX. 12 pg. 25**

7/18/2018
Case 2:18-cv-00370-RMP-ECF No. 9-13 filed 09/18/18 PageID.618 Page 27
Case 1:10-cv-00405-DCN-CWD Document 440-13 Filed 09/17/18 Page 27 of 31
of 31
26/30

08/18/2016 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
10:00 AM

Result
Hearing Held

Comment
Plaintiff's Motion for Rule 54(b) Certfication Hearing result for Hearing
scheduled on 08/18/2016 10:00 AM: Hearing Held

08/18/2016 Hearing Held ▾

Comment
Hearing result for Hearing scheduled on 08/18/2016 10:00 AM:
Hearing Held Plaintiff's Motion for Rule 54(b) Certfication

08/25/2016 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 09/08/2016 09:00 AM) Richard A.
Riley's Motion to Quash Subpoena and for Protective Order

08/26/2016 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing 09/08/2016 09:00 AM) Director's Motion
to Quash Subpoena of Richard Riley ~ Defendants R. John Taylor,
Connie Taylor, James Beck and Michael Cashman

09/08/2016 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Comment
Richard A. Riley's Motion to Quash Subpoena and for Protective Order

09/08/2016 Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Comment
Director's Motion to Quash Subpoena of Richard Riley ~ Defendants R.
John Taylor, Connie Taylor, James Beck and Michael Cashman

**FOSTER DEC. EX. 12 pg. 26**

7/18/2018
Case 2:18-cv-00370-BMP-ECR No. 9-13    filed 09/18/18  PageID.610  Page 28
Case 1:10-cv-00404-DCN-CWD   Document 440-13  Filed 09/17/18   Page 28 of 31
of 31

09/22/2016 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 10/20/2016 09:00 AM)
Plaintiff's Motion for Reconsideration and Motion to Amend Rule
54(b) judgment

10/19/2016 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 10/20/2016 09:00 AM)
Defendants' Motion to Strike and for Sanctions

10/20/2016 Motion Hearing ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Comment
Defendants' Motion to Strike and for Sanctions

10/20/2016 Motion Hearing ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Comment
Plaintiff's Motion for Reconsideration and Motion to Amend Rule 54(b)
judgment

10/25/2016 Hearing Scheduled ▾

Comment
Hearing Scheduled (Hearing on Motions 11/10/2016 10:00 AM)
Plaintiff's Motion for Reconsideration and to Amend Rule 54(b)
Judgment

11/09/2016 Continued ▾

Comment
Continued (Hearing on Motions 11/10/2016 09:30 AM) Plaintiff's
Motion for Reconsideration and to Amend Rule 54(b) Judgment

11/10/2016 Motion Hearing ▾

**FOSTER DEC. EX. 12 pg. 27**

7/18/2018
Case 2:18-cv-00370-RMP—ECF No. 8-13 filed 09/18/18 PageID.620 Page 29
Case 3:18-cv-00404-DCN-CWD Document 440-13 Filed 09/17/18 Page 29 of 31
of 31

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:30 AM

Result
Hearing Held

Comment
Plaintiff's Motion for Reconsideration and to Amend Rule 54(b) Judgment
Hearing result for Hearing on Motions scheduled on 11/10/2016 09:30 AM:
Hearing Held

---

11/10/2016 Hearing Held ▾

Comment
Hearing result for Hearing on Motions scheduled on 11/10/2016
09:30 AM: Hearing Held Plaintiff's Motion for Reconsideration and to
Amend Rule 54(b) Judgment

---

03/01/2017 Attorney Retained ▾

Comment
Defendant: AIA Services Corporation An Idaho Corporation Attorney
Retained Steven Paul Wieland

---

03/01/2017 Attorney Retained ▾

Comment
Defendant: Taylor, R John Attorney Retained Steven Paul Wieland

---

03/01/2017 Attorney Retained ▾

Comment
Defendant: Henderson, Connie Taylor Attorney Retained Steven Paul
Wieland

---

03/01/2017 Attorney Retained ▾

Comment
Defendant: Beck, James Attorney Retained Steven Paul Wieland

---

03/01/2017 Attorney Retained ▾

Comment
Defendant: Cashman, Milchael W Sr Attorney Retained Steven Paul
Wieland

---

10/02/2017 ROA - Converted Event ▾

Comment
Miscellaneous Payment: For Making Copy Of Any File Or Record By
The Clerk, Per Page Paid by: Andersen Banducci PLLC Receipt
number: 0013561 Dated: 10/2/2017 Amount: $24.00 (Check)

**FOSTER DEC. EX. 12 pg. 28**

10/02/2017 ROA - Converted Event ▾

Comment

Miscellaneous Payment: For Certifying The Same Additional Fee For
Certificate And Seal Paid by: Andersen Banducci PLLC Receipt
number: 0013561 Dated: 10/2/2017 Amount: $1.00 (Check)

## Financial

AIA Services Corporation An Idaho Corporation

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $66.00 |
| Total Payments and Credits | | | | $66.00 |
| 7/5/2013 | Case Payment | Receipt # 10864 | AIA Services Corporation An Idaho Corporation | ($66.00) |
| 7/5/2013 | Transaction Assessment | | | $66.00 |

Taylor, R John

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $0.00 |
| Total Payments and Credits | | | | $0.00 |
| 9/26/2013 | Case Payment | Receipt # 15163 | Beck, James | $0.00 |
| 9/26/2013 | Transaction Assessment | | | $0.00 |

Henderson, Connie Taylor

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $0.00 |
| Total Payments and Credits | | | | $0.00 |
| 9/26/2013 | Case Payment | Receipt # 15163 | Beck, James | $0.00 |
| 9/26/2013 | Transaction Assessment | | | $0.00 |

Beck, James

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $66.00 |
| Total Payments and Credits | | | | $66.00 |
| 9/26/2013 | Case Payment | Receipt # 15163 | Beck, James | ($66.00) |

**FOSTER DEC. EX. 12 pg. 29**

Case 2:18-cv-00370-RMP   ECF No. 9-13   filed 09/18/18   PageID.622   Page 31
Case 1:10-cv-00404-DCN-CWD   Document 446-18   Filed 09/17/18   Page 31 of 31
of 31

| 9/26/2013 | Transaction Assessment | | | $66.00 |
|---|---|---|---|---|
| **Cashman, Milchael W, Sr** | | | | |
| | Total Financial Assessment | | | $0.00 |
| | Total Payments and Credits | | | $0.00 |
| | | | | |
| 9/26/2013 | Case Payment | Receipt # 15163 | Beck, James | $0.00 |
| | | | | |
| 9/26/2013 | Transaction Assessment | | | $0.00 |
| **Taylor, Donna Jean** | | | | |
| | Total Financial Assessment | | | $96.00 |
| | Total Payments and Credits | | | $96.00 |
| | | | | |
| 5/24/2013 | Case Payment | Receipt # 8659 | Taylor, Donna Jean | ($96.00) |
| | | | | |
| 5/24/2013 | Transaction Assessment | | | $96.00 |

**FOSTER DEC. EX. 12 pg. 30**