**EXHIBIT 13**

**TO**

**DECLARATION OF ALYSON A. FOSTER**

SEP. 8. 2016 1:10PM     DISTRICT COURT                              NO. 5505    P. 1/4
Case 2:18-cv-00270-RMP   ECF No. 9-14   filed 09/18/18   PageID.624   Page 2 of 5
Case 1:10-cv-00404-DCN-CWD   Document 440-14   Filed 09/17/18   Page 2 of 5



FILED
2016 SEP 8 AM 10 42
PATTY O. WEEKS
CLERK OF THE DIST. COURT
_____
DEPUTY

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| DONNA J. TAYLOR;<br><br>    Plaintiff,<br><br>v.<br><br>R. JOHN TAYLOR; and CONNIE TAYLOR;<br><br>    Defendants.<br><br>and<br><br>DONNA J. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>AIA SERVICES CORPORATION, an Idaho corporation; R. JOHN TAYLOR; CONNIE TAYLOR HENDERSON; JAMES BECK; and MICHAEL W. CASHMAN, SR.,<br><br>    Defendants. | Consolidated Case Nos.: CV-08-01150<br>                                     CV-13-0001075<br><br>JUDGMENT |

JUDGMENT - 1

FOSTER DEC. EX. 13 pg. 1

SEP. 8. 2016 1:10PM    DISTRICT COURT                    NO. 5505   P. 2/4

Case 2:18-cv-00270-RMP   ECF No. 9-14   filed 09/18/18   PageID.625   Page 3
Case 1:10-cv-00404-DCN-CWD   Document 440-14   Filed 09/17/18   Page 3 of 5

## JUDGMENT IS ENTERED AS FOLLOWS:

Plaintiff's breach of contract claims against defendant AIA Services Corporation based on the January 11, 1995 Letter Agreement, the July 18, 1995 Letter Agreement, the August 10, 1995 Letter Agreement, and the July 1, 1996 Series A Preferred Shareholder Agreement in Case No. CV-13-0001075 are hereby DISMISSED WITH PREJUDICE.

Plaintiff's aiding and abetting fraud and fraud claims against the defendants in Case No. CV-08-01150 are hereby DISMISSED WITH PREJUDICE.

Plaintiff's unjust enrichment claims against the defendants in Case No. CV-08-01150 and Case No. CV-13-0001075 are hereby DISMISSED WITH PREJUDICE.

The Court hereby enters a DECLARATORY JUDGMENT that plaintiff Donna Taylor holds 7,110 unredeemed Series A Preferred Shares in AIA Services Corporation as of the date of this Judgment.

Defendant AIA Services Corporation's counterclaim against plaintiff in Case No. CV-13-0001075 is hereby DISMISSED WITH PREJUDICE.

DATED this 8 day of SEPT, 2016.

_____
Jeff M. Brudie, District Judge

SEP. 8. 2016 1:11PM    DISTRICT COURT                             NO. 5505   P. 3/4

Case 2:18-cv-00270-RMP   ECF No. 9-14   filed 02/18/18   PageID.626   Page 4 of 5
Case 1:10-cv-00404-DCN-CWD   Document 440-14   Filed 09/17/18   Page 4 of 5

## RULE 54(b) CERTIFICATE

With respect to the issues determined by the above partial judgment it is hereby CERTIFIED, in accordance with Rule 54(b), I.R.C.P., that the court has determined that there is no just reason for delay of the entry of a final judgment and that the court has and does hereby direct that the above partial judgment is a final judgment upon which execution may issue and an appeal may be taken as provided by the Idaho Appellate Rules.

DATED this 8 day of SEPT, 2016.

_____
Jeff M. Brudie, District Judge

SEP. 8. 2016 1:11PM    DISTRICT COURT                          NO. 5505   P. 4/4
Case 2:18-cv-00270-RMP  ECF No. 9-14   filed 09/18/18   PageID.627   Page 5 of 5
Case 2:10-cv-00404-DCN-CWD   Document 440-14   Filed 09/17/18   Page 5 of 5

## CERTIFICATE OF SERVICE

I, **PAMELA SCHNEIDER**, declare that, on the date indicated below, I served a true and correct copy of the forgoing Order on the following persons via the methods indicated below:

AIA Services Corporation
P.O. Box 538
Lewiston ID 83501

Via:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile – (208) 798-0110
( ) Messenger

Shawnee Perdue
Steve Wieland
Wieland Perdue PLLC
405 S. 8th Street, Suite 295
Boise, ID 83702

Via:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile – (208) 401-9218
( ) Messenger

Roderick C. Bond
Roderick Bond Law Office, PLLC
601 108th Ave. NE, Suite 1900
Bellevue, WA 98004

Via:
( ) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
(✓) Facsimile – (425) 321-0343
( ) Messenger

Signed this 8th day of September, 2016, at Lewiston, Idaho.

_____
Deputy Court Clerk

[Seal: SECOND JUDICIAL DISTRICT COURT, EX-OFFICIO AUDITOR AND RECORDER, CLERK OF DISTRICT COURT, NEZ PERCE COUNTY, STATE OF IDAHO]

JUDGMENT - 4           FOSTER DEC. EX. 13 pg. 4