**EXHIBIT 15**

**TO**

**DECLARATION OF ALYSON A. FOSTER**

R. John Taylor, ISB # 1962
PO Box 538
Lewiston, ID 83501
Phone: (208) 799-9000
FAX: (208) 799-9172
Email: jtaylor@cropusainsurance.com

Attorney for Defendants AIA Services Corporation
and AIA Insurance, Inc.

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| PAUL D. DURANT, an individual; DALE L. MIESEN, an individual; DONNA J. TAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEMCAP LENDING; LLC, a Delaware limited liability company; AIA SERVICES CORPORATION, an Idaho corporation; AIA INSURANCE, INC., an Idaho corporation and 100% wholly owned subsidiary of AIA Services Corporation,<br><br>Defendants, | Case No. CV-14-01444<br><br>ANSWER OF DEFENDANTS AIA SERVICES CORPORATION AND AIA INSURANCE, INC. |

AIA SERVICES CORPORATION and AIA INSURANCE, INC., by and through their undersigned counsel, hereby answer the Complaint as follows:

ANSWER OF AIA DEFENDANTS - 1

I.

INTRODUCTION

The following defenses are not stated separately as to each claim for relief or allegation of the Plaintiffs. Nevertheless, the following defenses are applicable, where appropriate, to any and all of the Plaintiffs' claims for relief. The AIA Defendants, in asserting the following defenses, do not admit that the burden of proving the allegations or denials contained in the defenses is upon them, but, to the contrary, assert that by reason of said denials, and by reason of relevant statutory and judicial authority, the burden of proving the facts relevant to many of the defenses and affirmative defenses and the burden of proving the inverse of the allegations contained in many of the defenses and affirmative defenses is upon the Plaintiff. Moreover, AIA Defendants do not admit, in asserting any defense, any responsibility or liability, but, to the contrary, specifically deny any and all allegations of responsibility and liability contained in the Plaintiff's Complaint.

II.

RESERVATION OF AFFIRMATIVE DEFENSES, CLAIMS, ETC.

AIA Defendants have not commenced nor completed discovery and hereby reserve the right to plead affirmative defenses, counterclaims, and third-party complaints as warranted by the facts of this case. Until such discovery is completed, AIA Defendants deny each and every allegation of the Plaintiffs' Complaint unless and explicitly to the limited extent that such allegations are specifically admitted below.

ANSWER OF AIA DEFENDANTS - 2

III.

GENERAL ANSWER

Plaintiffs' Complaint fails to state a cause of action against AIA Defendants upon which relief may be granted.

IV.

ANSWER TO COMPLAINT

Defendants deny each and every allegation contained in the Complaint not specifically admitted herein.

1. Defendants admit paragraph 1 that Paul Durant is a resident of Lewiston, Idaho.

2. Defendants do not have sufficient knowledge or information to form a belief as to the truth or accuracy of paragraph 2 and, therefore, deny the same.

3. Defendants admit paragraph 3 that Donna Taylor is a resident of Clarkston, Washington.

4. Defendants admit that portion of paragraph 4 that states CropUSA Insurance Agency, Inc and CropUSA Insurance Services, LLC have places of business in Lewiston, Nez Perce County, Idaho, but do not have sufficient knowledge or information to form a belief as to the truth or accuracy of rest of the paragraph 4 and, therefore, deny the same.

5. Defendants admit paragraphs 5 and 6.

6. Defendants admit that portion of paragraph 7 that states they own real property in Nez Perce County, but deny the Deny the rest of paragraph 7.

ANSWER OF AIA DEFENDANTS - 3

**FOSTER DEC. EX. 15 pg. 3**

7. Defendants deny paragraph 8 that states that jurisdiction and venue are appropriate in Nez Perce County District Court, as an action is currently pending involving the same issues in federal court in California.

8. Paragraphs 9 – 34 are designated as "factual background," are primarily legal conclusions as opposed to allegations, and therefore do not require an answer from these Defendants. Any allegations contained within those paragraphs are therefore denied except as determined to be consistent with the meaning of corporate records.

9. Defendants deny paragraphs 36 – 38.

V.

AFFIRMATIVE DEFENSES

The AIA Defendants assert the following by way of affirmative defenses:

1. Plaintiffs' complaint fails to state a claim upon which relief can be granted.

2. Plaintiffs' complaint fails to plead with requisite particularity the acts and conduct upon which their claims are predicated.

3. The Plaintiffs' claims are derivative claims and should be dismissed because they are subject to a complaint previously filed by one or more of the Plaintiffs in the U.S. District Court of Idaho, 1:10-cv-00404-LMB, which has been stayed by the U.S. District Court of Idaho.

4. Because the claims of the Plaintiffs are derivative claims, Plaintiffs' Complaint should be dismissed because they have failed to give the notice required by Idaho Code § 30-1-742. In addition, the named Plaintiffs lack standing to pursue this

ANSWER OF AIA DEFENDANTS - 4

matter because they do not fairly and adequately represent the interests of the corporation in enforcing the right of the corporation as required by Idaho Code § 30-1-741.

5. Plaintiffs' claims are barred because they are the subject of a previously filed, pending action in California federal court.

WHEREFORE, the AIA Defendants request judgment against the Plaintiffs as follows:

1. For an order dismissing the Plaintiffs' action and that the Plaintiffs take nothing thereby.

2. For such other and further relief as the Court deems proper.

3. For reasonable attorneys' fees against the Plaintiff pursuant to Idaho Code §§ 12-120, 12-121 and for costs incurred by the Defendant in defending this action.

DATED this ___ day of August, 2014.

By: _____
R. JOHN TAYLOR, ISB #1962
Attorney for AIA Defendants

ANSWER OF AIA DEFENDANTS - 5

**FOSTER DEC. EX. 15 pg. 5**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2014, I caused to be served a true copy of the foregoing ANSWER OF AIA DEFENDANTS by the method indicated below and addressed to the following:

| | |
|---|---|
| Roderick Bond<br>800 Bellevue Way NE Ste 400<br>Bellevue, WA 98004<br>Tel: 425-591-6903<br>Fax: 425-321-0343<br>Email: rod@roderickbond.com<br>*Attorney for Plaintiffs* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Email<br>☐ Telecopy |
| Thomas A. Banducci<br>101 S. Capitol Boulevard #1600<br>Boise, ID 83702<br>Tel: 208.342.4411<br>Fax: 208.342.4455 fax<br>Email: tab@andersenbanducci.com<br>*Attorney for GemCap Lending* | ☐ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ Email<br>☐ Telecopy |

_____

ANSWER OF AIA DEFENDANTS - 6