**EXHIBIT 19**

**TO**

**DECLARATION OF ALYSON A. FOSTER**

## Case Information

CV-2014-1444 | Paul D Durant, Dale L Miesen, Donna Jean Taylor vs. GemCap Lending I LLC, AIA Services Corporation An Idaho Corporation, AIA Insurance Inc

| | | |
|---|---|---|
| Case Number<br>CV-2014-1444 | Court<br>Nez Perce County District Court | Judicial Officer<br>Brudie, Jeff M. |
| File Date<br>07/21/2014 | Case Type<br>AA- All Initial District Court Filings (Not E, F, and H1) | Case Status<br>Closed |

## Party

**Plaintiff**
Durant, Paul D

Inactive Attorneys ▼
Lead Attorney
Bond, Roderick C.
Retained

**Plaintiff**
Miesen, Dale L

Inactive Attorneys ▼
Lead Attorney
Bond, Roderick C.
Retained

**Plaintiff**
Taylor, Donna Jean
DOB
XX/XX/1939

Inactive Attorneys ▼
Lead Attorney
Bond, Roderick C.
Retained

**FOSTER DEC. EX. 19 pg. 1**

Defendant
AIA Services Corporation An Idaho Corporation

Inactive Attorneys ▼
Lead Attorney
Taylor, R. John
Retained

Defendant
GemCap Lending I LLC

Inactive Attorneys ▼
Lead Attorney
Banducci, Thomas Anthony
Retained

Defendant
AIA Insurance Inc

Inactive Attorneys ▼
Lead Attorney
Taylor, R. John
Retained

## Disposition Events

03/30/2015 Judgment ▼

Judgment Type
Dismissed Without Prejudice

Party
　Name: AIA Insurance Inc

Party
　Name: Taylor, Donna Jean

**FOSTER DEC. EX. 19 pg. 2**

Party
   Name: GemCap Lending I LLC

Party
   Name: Miesen, Dale L

Party
   Name: Durant, Paul D

Party
   Name: AIA Services Corporation An Idaho Corporation

Comment

Comment (Defendants' Renewed Motion to Dismiss is Granted without Prejudice)

## Events and Hearings

07/21/2014 New Case Filed Other Claims ▼

   Comment
   New Case Filed-Other Claims

07/21/2014 Attorney Retained ▼

   Comment
   Plaintiff: Taylor, Donna Jean Attorney Retained Roderick C Bond

07/21/2014 Attorney Retained ▼  **FOSTER DEC. EX. 19 pg. 3**

Comment
Plaintiff: Durant, Paul D Attorney Retained Roderick C Bond

07/21/2014 Attorney Retained

Comment
Plaintiff: Miesen, Dale L Attorney Retained Roderick C Bond

07/21/2014 Complaint Filed

Comment
Verified Complaint for Declaratory Relief and Injunctive Relief Filed

07/21/2014 Summons Filed

Comment
Summons Filed/AIA Services Corp

07/21/2014 Summons Filed

Comment
Summons Filed/Gemcap Lending LLC

07/21/2014 Summons Filed

Comment
Summons Filed/AIA Insurance Inc.

07/21/2014 ROA - Converted Event

Comment
Filing: AA- All initial civil case filings in District Court of any type not listed in categories E, F and H(1) Paid by: Taylor, Donna Jean (plaintiff) Receipt number: 0011825 Dated: 07/21/2014 Amount: $221.00 (Check) For: Durant, Paul D (plaintiff)

07/28/2014 ROA - Converted Event

Comment
Miscellaneous Payment: For Making Copy Of Any File Or Record By The Clerk, Per Page Paid by: GS law Receipt number: 0012155 Dated: 07/28/2014 Amount: $52.00 (Credit card)

07/28/2014 ROA - Converted Event

Comment
Miscellaneous Payment: Technology Cost - CC Paid by: GS law Receipt number: 0012155 Dated: 07/28/2014 Amount: $3.00 (Credit card)

07/30/2014 ROA - Converted Event

**FOSTER DEC. EX. 19 pg. 4**

9/5/2018
Case 2:18-cv-00270-RMP ECF No. 9-20 filed 09/18/18 PageID.727 Page 6 of 18
Case 1:10-cv-00404-DCN-CWD Document 446-20 Filed 09/17/18 Page 6 of 18

Comment
Miscellaneous Payment: For Making Copy Of Any File Or Record By The Clerk, Per Page Paid by: Elam & Burke Receipt number: 0012248 Dated: 7/30/2014 Amount: $52.00 (Check)

08/07/2014 ROA - Converted Event

Comment
Filing: I1 - Initial Appearance by persons other than the plaintiff or petitioner Paid by: R. John Taylor Receipt number: 0013191 Dated: 8/18/2014 Amount: $136.00 (Check) For: AIA Insurance Inc (defendant) and AIA Services Corporation An Idaho Corporation (defendant)

08/07/2014 Notice of Appearance

Comment
Notice Of Appearance

08/07/2014 Attorney Retained

Comment
Defendant: AIA Services Corporation An Idaho Corporation Attorney Retained R John Taylor

08/07/2014 Attorney Retained

Comment
Defendant: Aia Insurance Inc Attorney Retained R John Taylor

08/12/2014 Miscellaneous

Comment
Declaration of Roderick C. Bond

08/12/2014 Motion

Comment
Plaintiffs' Motion for Default Against Defendant Gemcap Lending, LLC

08/12/2014 Affidavit

Comment
Affidavit of Process Server ~ Served Gemcap Lending LLC: 7-22-14

08/13/2014 ROA - Converted Event

Comment
Filing: I1 - Initial Appearance by persons other than the plaintiff or petitioner Paid by: ANDERSON BANDUCCI Receipt number: 0013028 Dated: 8/13/2014 Amount: $136.00 (Credit card) For: Gemcap Lending I LLC (defendant)

**FOSTER DEC. EX. 19 pg. 5**

### 08/13/2014 ROA - Converted Event ▾

**Comment**
Filing: Technology Cost - CC Paid by: ANDERSON BANDUCCI Receipt number: 0013028 Dated: 8/13/2014 Amount: $3.00 (Credit card) For: Gemcap Lending I LLC (defendant)

### 08/13/2014 Notice of Appearance ▾

**Comment**
Notice Of Appearance ~ Defendant GemCap Lending 1, LLC

### 08/13/2014 Attorney Retained ▾

**Comment**
Defendant: Gemcap Lending I LLC Attorney Retained Thomas A. Banducci

### 08/13/2014 Miscellaneous ▾

**Comment**
Plaintiffs' Notice of Intent to Obtain an Order of Default and Default Judgment Against Defendants AIA Services Corporation and AIA Insurance, Inc.

### 08/14/2014 Miscellaneous ▾

**Comment**
Plaintiffs' Notice of Intent to Obtain an Order of Default & Default Judgment Against Defendant GemCap Lending LLC

### 08/18/2014 Answer ▾

**Comment**
Answer of Defendants AIA Services Corporation and AIA Insurance, Inc.

### 08/20/2014 Miscellaneous ▾

**Comment**
GemCap Lending I LLC's Answer to Complaint

### 08/21/2014 Motion ▾

**Comment**
Plaintiffs' Motion for Partial Summary Judgment Against the Defendants

### 08/21/2014 Miscellaneous ▾

**Comment**
Declaration of Donna J. Taylor

**FOSTER DEC. EX. 19 pg. 6**

08/21/2014 Miscellaneous ▼

Comment
Declaration of Dale L. Miesen

08/21/2014 Miscellaneous ▼

Comment
Declaration of Paul D. Durant

08/21/2014 Motion ▼

Comment
Plaintiffs' Motion to Shorten Time

08/21/2014 Notice of Hearing ▼

Comment
Notice Of Hearing ~ 9-11-14 @ 9:00am or in alternative 9-18-14 @ 9:00am (if Court doesn't shorten time for hearing)

08/21/2014 Miscellaneous ▼

Comment
Declaration of Roderick C. Bond

08/21/2014 Hearing Scheduled ▼

Comment
Hearing Scheduled (Motion for Partial Summary Judgment 09/11/2014 09:00 AM) Plaintiffs

08/21/2014 Hearing Scheduled ▼

Comment
Hearing Scheduled (Motion for Partial Summary Judgment 09/18/2014 09:00 AM) Plaintiffs

08/21/2014 Hearing Scheduled ▼

Comment
Hearing Scheduled (Hearing 09/11/2014 09:00 AM) Plaintiffs' Motion to Shorten Time

08/25/2014 Notice ▼

Comment
Plaintiffs' Notice Regarding Hearing Scheduled for Motion to Shorten Time and Proposed Order for Shortening Time

09/02/2014 Miscellaneous ▼

**FOSTER DEC. EX. 19 pg. 7**

Comment
**VOLUME 2 STARTS**

09/03/2014 Miscellaneous ▾

Comment
AIA Services Corporation and AIA Insurance, Inc. Opposition to Motion to Shorten Time and Motion for Continuance Pursuant to IRCP 56(F)

09/03/2014 Affidavit ▾

Comment
Affidavit of Counsel in Support of AIA Services Corporation and AIA Insurance, Inc. Opposition to Motion to Shorten Time and Motion for Continuance Pursuant to IRCP 56(F)

09/04/2014 Miscellaneous ▾

Comment
**Plaintiffs' Motion to Shorten Time NOT Granted - Hearing will be on 9-18-14 @ 9:00am**

09/04/2014 Motion Denied ▾

Comment
Hearing result for Hearing scheduled on 09/11/2014 09:00 AM: Motion Denied Plaintiffs' Motion to Shorten Time

09/04/2014 Hearing Vacated ▾

Comment
Hearing result for Hearing scheduled on 09/11/2014 09:00 AM: Hearing Vacated Plaintiffs' Motion to Shorten Time

09/04/2014 Hearing Vacated ▾

Comment
Hearing result for Motion for Partial Summary Judgment scheduled on 09/11/2014 09:00 AM: Hearing Vacated Plaintiffs

09/04/2014 Motion ▾

Comment
GemCap Lending I LLC's Motion to Strike Exhibits 2 and 4 to the Declaration of Roderick C. Bond

09/04/2014 Memorandum ▾

Comment
Memorandum in Support of GemCap Lending I, LLC's Motion to Strike Exhibits 2 and 4 to the Declaration of Roderick C. Bond

**FOSTER DEC. EX. 19 pg. 8**

**09/04/2014** Miscellaneous ▾

Comment
GemCap Lending I, LLC's Opposition to Plaintiffs' Motion for Partial Summary Judgment Against the Defendants

**09/04/2014** Miscellaneous ▾

Comment
Declaration of Thomas A. Banducci Re Gemcap Lending I, LLC's Opposition to Plaintiffs' Motion for Partial Summary Judgment

**09/04/2014** Miscellaneous ▾

Comment
GemCap Lending I, LLC's Opposition to Plaintiffs' Motion to Shorten Time

**09/04/2014** Motion ▾

Comment
GemCap Lending I, LLC's Motion to Dismiss or, Alternatively, to Stay Pending Outcome of Related Litigation

**09/04/2014** ROA - Converted Event ▾

Comment
Brief in Support of GemCap Lending I, LLC's Motion to Dismiss or, Alternatively, to Stay Pending Outcome of Related Litigation

**09/04/2014** Miscellaneous ▾

Comment
Declaration of Richard Ellis in Support of GemCap Lending I, LLC's Opposition to Plaintiffs' Motion for Partial Summary Judgment

**09/04/2014** Miscellaneous ▾

Comment
Request for Judicial Notice - Defendant GemCap Lending 1, LLC

**09/11/2014** Hearing Scheduled ▾

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Resulted

**FOSTER DEC. EX. 19 pg. 9**

Comment
Plaintiffs' Motion to Shorten Time Hearing result for Hearing scheduled on 09/11/2014 09:00 AM: Motion Denied

### 09/11/2014 Motion for Partial Summary Judgment

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
Plaintiffs Hearing result for Motion for Partial Summary Judgment scheduled on 09/11/2014 09:00 AM: Hearing Vacated

### 09/12/2014 Miscellaneous

Comment
Plaintiffs' (1) Reply in Support of Plaintiffs' Motion for Partial Summary Judgment Against the Defendants; (2) Response in Opposition to Defendants' Motions for Rule 56(f) Continuances; (3) Response in Opposition to GemCap's Motions to Strike; and (4) Preliminary Response in Opposition to GemCap's Motion to Dismiss and Motion to Stay

### 09/12/2014 Notice of Hearing

Comment
Notice Of Hearing ~ 9-18-14 @ 9:00am PDT(Defendant GemCap's (1)Motion to Dismiss or Alternatively Stay Proceedings, (2)Motion to Strike Exhibits 2 and 4 to the Bond Declaration and (3) Request for Judicial Notice

### 09/12/2014 Hearing Scheduled

Comment
Hearing Scheduled (Hearing on Motions 09/18/2014 09:00 AM) Defendant GemCap's Motion to Dismiss or Stay, Motion to Strike and Request for Judicial Notice

### 09/14/2014 Miscellaneous

Comment
**VOLUME 3 STARTS**

### 09/15/2014 Miscellaneous

**FOSTER DEC. EX. 19 pg. 10**

Comment
Plaintiff's Amended (1) Reply in Support of Plaintiffs' Motion for Partial Summary Judgment Against the Defendants; (2) Response in Opposition to Defendants' Motions for Rule 56(f) Continuances; (3) Response in Opposition to GemCap's Motions to Strike; and (4) Prelilminary Response in Opposition to GemCap's Motion to Dismiss and Motion to Stay

09/15/2014 Miscellaneous ▼

Comment
Supplemental Declaration of Roderick C. Bond

09/17/2014 Miscellaneous ▼

Comment
GemCap Lending I LLC's Response to Plaintiffs' Request for Attorney's Fees Under Rule 56(g)

09/17/2014 Miscellaneous ▼

Comment
Reply in Support of GemCap Lending I LLC's Motion to Strike Exhibits 2 and 4 to the Declaration of Roderick C. Bond

09/17/2014 Miscellaneous ▼

Comment
Reply in Support of GemCap Lending 1 LLC's Motion ot Dismiss or, Alternatively, to Stay Pending Outcome of Related Litigation

09/18/2014 Motion for Partial Summary Judgment ▼

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Cancel Reason
Vacated

Result
Hearing Vacated

Comment
Plaintiffs Hearing result for Motion for Partial Summary Judgment scheduled on 09/18/2014 09:00 AM: Hearing Vacated

09/18/2014 Motion Hearing ▼

Judicial Officer
Brudie, Jeff M.

**FOSTER DEC. EX. 19 pg. 11**

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Defendant GemCap's Motion to Dismiss or Stay, Motion to Strike and Request for Judicial Notice Hearing result for Hearing on Motions scheduled on 09/18/2014 09:00 AM: Hearing Held

09/18/2014 Hearing Held ▼

Comment
Hearing result for Hearing on Motions scheduled on 09/18/2014 09:00 AM: Hearing Held Defendant GemCap's Motion to Dismiss or Stay, Motion to Strike and Request for Judicial Notice

09/18/2014 DC Hearing Held: Court Reporter: # of Pages: ▼

Comment
Hearing result for Hearing on Motions scheduled on 09/18/2014 09:00 AM: District Court Hearing Held Court Reporter: Linda Carlton Number of Transcript Pages for this hearing estimated: Less than 100 pages Defendant GemCap's Motion to Dismiss or Stay, Motion to Strike and Request for Judicial Notice

09/18/2014 Hearing Vacated ▼

Comment
Hearing result for Motion for Partial Summary Judgment scheduled on 09/18/2014 09:00 AM: Hearing Vacated Plaintiffs

09/18/2014 Motion Granted ▼

Comment
Defendant GemCap Lending 1 LLC's Motion to Stay is Granted

09/18/2014 Minute Entry ▼

Comment
Minute Entry Hearing type: Hearing on Motions Hearing date: 9/18/2014 Time: 9:05 am Courtroom: Court reporter: Linda Carlton Minutes Clerk: PAM Tape Number: Crtrm #1 Plaintiffs: Roderick C. Bond Defendant GemCap Lending 1 LLC: Thomas A. Banducci Defendant AIA Insurance & AIA Services

09/26/2014 Notice ▼

Comment
Notice of Unavailability ~ Plaintiffs' Counsel 9-30-14 ~ 10-25-14

09/29/2014 Miscellaneous ▼

**FOSTER DEC. EX. 19 pg. 12**

9/5/2018 Case 2:18-cv-00370-RMP ECF No. 9-20 filed 09/13/18 PageID.735 Page 14
Case 1:19-cv-00404-DCN-CWD Document 46-20 Filed 09/17/19 Page 14 of 18
of 18

**Comment**
Declaration of Roderick C. Bond and Objection to GemCap's Proposed Order ~ Plaintiffs

10/27/2014 Notice of Service ▼

**Comment**
Notice Of Service-defendant GemCap Lending I, LLC

02/12/2015 Motion ▼

**Comment**
Motion to Lift Stay (P)

02/12/2015 Miscellaneous ▼

**Comment**
Declaration of Roderick C. Bond

02/12/2015 Hearing Scheduled ▼

**Comment**
Hearing Scheduled (Hearing on Motions 02/26/2015 09:00 AM)

02/19/2015 Miscellaneous ▼

**Comment**
GemCap Lending, (1) Opposition to Plf's Motion to Lift Stay or Alternatively, (2) Renewed Motion to Dismiss

02/19/2015 Miscellaneous ▼

**Comment**
Declaration of Alyson Foster in Support of Gemcap Lending's, (1) Opposiition to Plf's Motion to Lift Stay or Alternatively (2) Renewed Motion to Dismiss

02/19/2015 Hearing Scheduled ▼

**Comment**
Hearing Scheduled (Motion to Dismiss 03/05/2015 10:00 AM) Def GemCap

02/20/2015 Miscellaneous ▼

**Comment**
Def AIA Services Cort and AIA Ins Joinder in GemCap Lending, (1) Opposition to Plf's Motion to Lift Stay or Alternatively, (2) Renewed Motion to Dismiss

02/20/2015 Notice of Hearing ▼

**FOSTER DEC. EX. 19 pg. 13**

9/5/2018
Case 2:18-cv-00370-RMP ECF No. 9-20 filed 09/18/18 PageID.736 Page 15 of 18
Case 1:19-cv-00404-DCN-CWD Document 46-20 Filed 09/17/19 Page 15 of 18

Comment
Notice Of Hearing

**02/23/2015 Continued** ▼

Comment
Continued (Hearing on Motions 03/05/2015 09:00 AM) Plf's Mtn to Lift Stay

**02/23/2015 Continued** ▼

Comment
Continued (Motion to Dismiss 03/05/2015 09:00 AM) Def GemCap

**02/26/2015 Miscellaneous** ▼

Comment
Plaintiffs' Reply in Support of Motion to Lift Stay and Response in Opposition to Renewed Motions to Dismiss

**02/26/2015 Notice of Hearing** ▼

Comment
Amended Notice of Hearing ~ 3-5-15 @ 9:00am Plaintiffs' Motion to Lift Stay

**03/03/2015 Miscellaneous** ▼

Comment
Declaration of Roderick C. Bond

**03/03/2015 Notice** ▼

Comment
Notice of Change of Address ~ Roderick C. Bond, Attorney for Plaintiffs

**03/03/2015 Miscellaneous** ▼

Comment
Declaration of Alyson A. Foster in Support of GemCap Lending I, LLC's (1) Reply in Support of Renewed Motion to Dismiss and (2) Response to Plaintiffs' Statements Regarding Discovery

**03/03/2015 Miscellaneous** ▼

Comment
GemCap Lending I, LLC's (1) Reply in Support of Renewed Motion to Dismiss and (2) Response to Plaintiffs' Statements Regarding Discovery

**03/05/2015 Motion Hearing** ▼    **FOSTER DEC. EX. 19 pg. 14**

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Plf's Mtn to Lift Stay Hearing result for Hearing on Motions scheduled on 03/05/2015 09:00 AM: Hearing Held

03/05/2015 Motion to Dismiss ▼

Judicial Officer
Brudie, Jeff M.

Hearing Time
9:00 AM

Result
Hearing Held

Comment
Def GemCap Hearing result for Motion to Dismiss scheduled on 03/05/2015 09:00 AM: Hearing Held

03/05/2015 Hearing Held ▼

Comment
Hearing result for Hearing on Motions scheduled on 03/05/2015 09:00 AM: Hearing Held Plf's Mtn to Lift Stay

03/05/2015 Case Taken Under Advisement ▼

Comment
Hearing result for Hearing on Motions scheduled on 03/05/2015 09:00 AM: Case Taken Under Advisement Plf's Mtn to Lift Stay

03/05/2015 DC Hearing Held: Court Reporter: # of Pages: ▼

Comment
Hearing result for Hearing on Motions scheduled on 03/05/2015 09:00 AM: District Court Hearing Held Court Reporter: Linda Carlton Number of Transcript Pages for this hearing estimated: Less than 100 pages Plf's Mtn to Lift Stay

03/05/2015 Hearing Held ▼

Comment
Hearing result for Motion to Dismiss scheduled on 03/05/2015 09:00 AM: Hearing Held Def GemCap

03/05/2015 Case Taken Under Advisement ▼

**FOSTER DEC. EX. 19 pg. 15**

Comment
Hearing result for Motion to Dismiss scheduled on 03/05/2015 09:00 AM: Case Taken Under Advisement Def GemCap

03/05/2015 DC Hearing Held: Court Reporter: # of Pages:

Comment
Hearing result for Motion to Dismiss scheduled on 03/05/2015 09:00 AM: District Court Hearing Held Court Reporter: Linda Carlton Number of Transcript Pages for this hearing estimated: Less than 100 pages Def GemCap

03/05/2015 Minute Entry

Comment
Minute Entry Hearing type: Plfs' Motion Lift Stay, Defs' Motion to Dismiss Hearing date: 3/5/2015 Time: 9:04 am Courtroom: Court reporter: Linda Carlton Minutes Clerk: PAM Tape Number: Crtrm #1 Plaintiffs: Roderick C. Bond Defendant GemCap Lending: Alyson Foster Defendant AIA Insurance: R. John Taylor

03/30/2015 ROA - Converted Event

Comment
Opinion & Order on Plaintiffs' Motion to Lift Stay & Defendant GemCap's Renewed Motion to Dismiss

03/30/2015 Civil Disposition Entered

Comment
Civil Disposition entered for: AIA Insurance Inc, Defendant; AIA Services Corporation An Idaho Corporation, Defendant; GemCap Lending I LLC, Defendant; Durant, Paul D, Plaintiff; Miesen, Dale L, Plaintiff; Taylor, Donna Jean, Plaintiff. Filing date: 3/30/2015

03/30/2015 Status Changed

Comment
Case Status Changed: Closed

12/04/2015 ROA - Converted Event

Comment
Miscellaneous Payment: For Making Copy Of Any File Or Record By The Clerk, Per Page Paid by: Law Office Receipt number: 0018141 Dated: 12/04/2015 Amount: $8.00 (Credit card)

12/04/2015 ROA - Converted Event

Comment
Miscellaneous Payment: Technology Cost - CC Paid by: Law Office Receipt number: 0018141 Dated: 12/04/2015 Amount: $3.00 (Credit card)

**FOSTER DEC. EX. 19 pg. 16**

01/12/2016 ROA - Converted Event ▼

Comment
Miscellaneous Payment: For Making Copy Of Any File Or Record By The Clerk, Per Page Paid by: xx Receipt number: 0000517 Dated: 01/12/2016 Amount: $60.00 (Credit card)

01/12/2016 ROA - Converted Event ▼

Comment
Miscellaneous Payment: Technology Cost - CC Paid by: xx Receipt number: 0000517 Dated: 01/12/2016 Amount: $3.00 (Credit card)

**FOSTER DEC. EX. 19 pg. 17**