JAMES B. KING, #8723
MARKUS W. LOUVIER, #39319
Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
Attorneys for Defendant
jking@ecl-law.com
mlouvier@ecl-law.com

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE L MIESEN, an individual who is a shareholder and who is also bringing this action on behalf of and/or in the right of AIA Services Corporation and its wholly owned subsidiary AIA Insurance, Inc.<br><br>                    Plaintiffs,<br><br>vs.<br><br>JOHN D. MUNDING and JANE DOE MUNDING, married individuals and the community property comprised thereof; JOHN OR JANE DOES I-III, unknown individuals; MUNDING, P.S., a Washington Professional Services Corporation; AIA SERVICES CORPORATION, an Idaho corporation and a nominal defendant; AIA INSURANCE, INC.; an Idaho corporation and a nominal defendant;<br><br>                    Defendants. | Case No. 2:18-CV-270<br><br>REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT [ECF NO. 7] |

REPLY IN SUPPORT OF MOTION TO DISMISS  - page 1

COME NOW Defendants John D. Munding, Karen Munding, and Crumb & Munding, P.S., and Munding P.S. (collectively "Munding") and in *Reply* to Plaintiffs' Response to Defendants' Motion to Dismiss and assert as follows:

Plaintiffs filed a First Amended Complaint on or about October 9, 2018. The Amended Complaint supersedes Plaintiffs' initial Complaint. Defendants will file a Motion to Dismiss Plaintiffs' First Amended Complaint.

DATED this 23rd day of October, 2018.

By    /s/ Markus W. Louvier
MARKUS W. LOUVIER, #39319
JAMES B. KING, #6732
Attorneys for Munding Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
mlouvier@ecl-law.com
jking@ecl-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on October, 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

*Counsel for Plaintiffs*
Roderick C. Bond
Roderick Bond Law Office, PLLC
601 108th Avenue NE, Suite 1900
Bellevue, Washington 98004
rod@roderickbond.com

By    /s/ Markus W. Louvier
MARKUS W. LOUVIER, #39319
Attorney for Defendant
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
mlouvier@ecl-law.com