1  JAMES B. KING, #8723
   MARKUS W. LOUVIER, #39319
2  Evans, Craven & Lackie, P.S.
   818 W. Riverside, Suite 250
3  Spokane, WA 99201-0910
   (509) 455-5200; fax (509) 455-3632
4  Attorneys for Defendant
   jking@ecl-law.com
5  mlouvier@ecl-law.com

6                    UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF WASHINGTON

8  DALE L MIESEN, an individual who is a
   shareholder and who is also bringing this        Case No. 2:18-CV-270
9  action on behalf of and/or in the right of
   AIA Services Corporation and its wholly          DECLARATION OF JOHN D.
10 owned subsidiary AIA Insurance, Inc.             MUNDING IN SUPPORT OF
                                                    MUNDING DEFENDANTS'
11                              Plaintiffs,          MOTION TO DISMISS

12 vs.

13 JOHN D. MUNDING and JANE DOE
   MUNDING, married individuals and the
14 community property comprised thereof;
   JOHN OR JANE DOES I-III, unknown
15 individuals; MUNDING, P.S., a
   Washington Professional Services
16 Corporation; AIA SERVICES
   CORPORATION, an Idaho corporation
17 and a nominal defendant; AIA
   INSURANCE, INC.; an Idaho corporation
18 and a nominal defendant;

19                              Defendants.

20 DECLARATION OF JOHN D. MUNDING - page 1

1    I, John D. Munding, declare and state under penalty of perjury of the laws

2  of the United States of America as follows:

3  1.    I am an attorney licensed to practice before this Court, am over the age of

4        majority, a resident of Spokane County Washington, and am competent to

5        testify to the facts set forth herein. I submit this declaration based upon my

6        personal knowledge.

7  2.    Crumb & Munding, P.S. and I were initially contacted by AIA Entities'

8        representative John R. Taylor on or about July 31, 2013 via my cell phone. I

9        was driving through Nevada and Utah at the time. The call was initiated by

10        John R. Taylor from AIA Entities' offices in Lewiston, Idaho.

11  3.    Crumb & Munding, P.S., and subsequently Munding, P.S., were retained

12        by AIA Services Corporation and AIA Insurance, Inc. ("AIA Entities") for

13        defense of the litigation captioned:

14        Gemcap Lending I, LLC v. Crop U.S.A. Insurance Agency, Inc. et. al.,
          Case No. 13-CV-05504-SJ0
15        United States District Court, Central District of California
          ("California litigation")

16

17  4.    The AIA Entities were represented with respect to other litigation and

18        corporate matters in Idaho by the law firms of Randall Danskin and Quarles

19        & Brady. Crumb & Munding, P.S. and I were retained by AIA Entities with

20        respect to the California litigation because I was licensed to practice law in

DECLARATION OF JOHN D. MUNDING - page 2

1    the State of California and admitted to practice law in the United States

2    District Court, Central District of California. I also had prior experience in

3    practicing law before the United States District Court for the Central District

4    of Los Angeles.

5    5.    Attached hereto and incorporated herein by reference as Exhibit "A" are

6    true and correct excerpts of the docket of the California litigation downloaded

7    from PACER.

8    6.    The Answer on behalf of AIA Entities was filed in the California litigation

9    on August 27, 2013. (Dkt. No. 37).

10   7.    Attached hereto as Exhibit B is a true and correct copy of an email dated

11   September 6, 2015, sent of record from Attorney Roderick Bond to Todd M.

12   Lander, counsel to plaintiff GemCap I, LLC in the California litigation, which

13   states: "We are in the process of retaining California counsel to intervene in

14   the lawsuit on behalf of AIA shareholders."

15   8.    I did not agree to a venue, jurisdiction, or governing law provision

16   concerning my representation of the AIA Entities.

17   9.    Almost all, if not all, in-person attorney-client meetings between myself

18   and AIA Entities' representatives occurred in Los Angeles, California, or at

19   AIA's Entities offices located in Lewiston, Idaho. I was the only attorney of

20   DECLARATION OF JOHN D. MUNDING - page 3

1    Crumb & Munding, P.S. and Munding, P.S. that met with and provided legal

2    advice to the AIA Entities.

3    10.    All claims asserted in this California litigation against the AIA Entities

4    were based entirely on California law.

5    11.    All discovery concerning the California litigation was conducted in

6    Lewiston, Idaho and Los Angeles, California. No discovery occurred in

7    Washington State. The only mediation involving the California litigation

8    occurred in New Orleans, Louisiana.

9    12.    All hearings concerning the California litigation occurred in person before

10    the Honorable James S. Otero, United States District Court for the Central

11    District of California, Los Angeles. I was the only attorney from Crumb &

12    Munding, P.S. and Munding, P.S. that appeared on behalf of AIA Entities at

13    hearings before the United States District Court for the Central District of

14    California. I was the only attorney of Crumb & Munding, P.S. and Munding,

15    P.S. who signed the filed pleading with the United States District Court for

16    the Central District of Los Angeles.

17    13.    The settlement negotiations which resulted in the Settlement Agreement

18    identified in the Amended Complaint occurred in the United States

19    Courthouse for the Central District of Los Angeles, including the Courtroom

20    DECLARATION OF JOHN D. MUNDING - page 4

1    and Chambers of the Honorable James S. Otero, on September 12 and 15,

2    2013.

3    14.    The Settlement Agreement was reached on September 15, 2013 with the

4    assistance of the Honorable James S. Otero during the first day of trial. The

5    Settlement Agreement was approved by the Court and read into the record on

6    September 15, 2014. Attached hereto as Exhibit C is a true and correct copy

7    of the Court's Minute Order of September 15, 2013 (Dkt. No. 272) as entered

8    approving the Settlement Agreement and directing judgment entered.  Also

9    attached is the Court's Minute Order of September 12, 2013 (Dkt. No 271).

10   15.    Attached hereto as Exhibit D is a true and correct copy on an email dated

11   August 13, 2014, which I received and was authored by Attorney Roderick

12   Bond which states, "I wanted to give you the fair heads up that my clients

13   will be serving a derivative demand upon the boards of AIA Services and

14   AIA Insurance  to assert **legal malpractice claims against you**. The damages

15   would include but not be limited to, disgorgement of fees and any damages

16   sustained by AIA Services or AIA Insurance in that case." (Emphasis Added).

17   16.    Attached hereto as Exhibit E is a true and correct copy of an email dated

18   January 13, 2016 which I received and was authored by Attorney Roderick

19   Bond which states, "Your malpractice and aiding and abetting is duly noted."

20   DECLARATION OF JOHN D. MUNDING - page 5

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

17.    Crumb & Munding, P.S., Munding, P.S., and I have not represented the AIA Entities in any other litigation or provided legal advice to AIA Entities on any other legal matters, including matters advanced in Idaho State Court and Idaho Federal Court by AIA shareholders and Attorney Roderick Bond seeking to void the Settlement Agreement.

18.    Crumb & Munding, P.S., Munding, P.S., and I have not represented AIA Entities in any legal proceeding advanced by GemCap Lending I, LLC in Idaho to enforce and collect upon the judgment entered under the Settlement Agreement on April 12, 2015 by Judge Otero. AIA Entities has been and represented by other counsel with respect to these matters.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 23rd day of October 2018 at Spokane, Washington.


        ___/s/ John D. Munding_____
        JOHN D. MUNDING

DECLARATION OF JOHN D. MUNDING - page 6

1

2

**CERTIFICATE OF SERVICE**

3        I hereby certify that on October ___, 2018, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF System which will send

4    notification of such filing to the following:

5

6        ***Counsel for Plaintiffs***
Roderick C. Bond
Roderick Bond Law Office, PLLC
7    601 108th Avenue NE, Suite 1900
Bellevue, Washington 98004
8    rod@roderickbond.com

9

10

11                                By _____/s/ Markus W. Louvier_____
MARKUS W. LOUVIER, #39319
12                                Attorney for Defendant
Evans, Craven & Lackie, P.S.
13                                818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
14                                (509) 455-5200
(509) 455-3632 facsimile
15                                mlouvier@ecl-law.com

16

17

18

19

20    DECLARATION OF JOHN D. MUNDING - page 7