(MANx),CLOSED,DISCOVERY,PROTORD,REOPENED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:13-cv-05504-SJO-MAN

| | |
|---|---|
| Gemcap Lending I LLC v. Crop USA Insurance Agency Inc et al | Date Filed: 07/30/2013 |
| Assigned to: Judge S. James Otero | Date Terminated: 04/07/2017 |
| Referred to: Magistrate Judge Margaret A. Nagle | Jury Demand: Plaintiff |
| Case in other court: 9th CCA, 14-56484 | Nature of Suit: 190 Contract: Other |
|                       9th Circuit, 15-55332 | Jurisdiction: Diversity |
|                       9th CCA, 15-56267 | |
| Cause: 28:1332 Diversity-Breach of Contract | |

**Plaintiff**

**Gemcap Lending I LLC**
*a Delaware limited liability company*

represented by **Sanford L Michelman**
Michelman and Robinson LLP
15760 Ventura Boulevard 5th Floor
Encino, CA 91436
818-783-5530
Fax: 818-783-5507
Email: smichelman@mrllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd M Lander**
Freeman Freeman and Smiley LLP
1888 Century Park East Suite 1900
Los Angeles, CA 90067
310-255-6100
Fax: 310-255-6200
Email: todd.lander@ffslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracy Renee Daub**
Freeman Freeman and Smiley LLP
1888 Century Park East Suite 1900
Los Angeles, CA 90067
310-255-6100
Fax: 310-255-6200
Email: tracy.daub@ffslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William E Adams**
Michelman and Robinson LLP
455 Market Street Suite 1420
San Francisco, CA 94105

Ex. A

| | | |
|---|---|---|
| | | Partners, LLC, Greenleaf Reinsurance Partners, LLC, Jolee Duclos, and Hillcrest Aircraft Company. Dismissal of these defendants is with prejudice. Because dismissal of the Remaining Defendants accounts for all parties in this litigation, this matter shall close. The Court HEREBY VACATES the Order to Show Cause hearing currently scheduled for May 4, 2015 at 8:30 am. (Made JS-6. Case Terminated.) (shb) (Entered: 04/30/2015) |
| 04/29/2015 | 328 | STATEMENT of Parties Regarding Failure to Prosecute as to the Remaining Defendants not Terminated on Court's Docket filed by Defendant R John Taylor (Attachments: # 1 Proof of Service)(Cogger, John) (Entered: 04/29/2015) |
| 04/23/2015 | 327 | NOTICE of Change of address by Clinton J McCord attorney for Defendant CGB Diversified Services Inc. Changing attorneys address to Kal Shah, 111 S. Wacker Drive, Chicago, IL 60606. Filed by Defendant CGB Diversified Services Inc. (McCord, Clinton) (Entered: 04/23/2015) |
| 04/22/2015 | 326 | MINUTE ORDER IN CHAMBERS by Judge S. James Otero: The Court sets an Order to Show Cause hearing on Monday, May 4, 2015 8:30 a.m. regarding failure to prosecute as to the remaining defendants who are not terminated on the Courts docket. The parties shall file a status report by April 29, 2015 providing the status of each remaining defendant. (lc) (Entered: 04/22/2015) |
| 04/14/2015 | 323 | ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE OF DEFENDANT R. JOHN TAYLOR 320 by Judge S. James Otero: Plaintiff GEMCAP LENDING I, LLCs Complaint as toDefendant R. JOHN TAYLOR is dismissed, with prejudice except as to Plaintiffsclaims for Fraud and Misrepresentation. Plaintiffs Fraud claims are dismissedwithout prejudice, pursuant to FRCP 41(a)(1) and the terms of that confidentialsettlement dated September 15, 2014, over which this Court has retained continuing jurisdiction. This dismissal is without award of costs or attorney fees to any party except as specified within the terms of the confidential settlement. (lc) (Entered: 04/15/2015) |
| 04/12/2015 | 325 | ORDER REGARDING STIPULATED JUDGMENT AS TO DEFENDANTS CROP USA INSURANCE AGENCY, INC. AND CROP USA INSURANCE SERVICES, LLC 319 by Judge S. James Otero: Judgment shall be entered against Defendants Crop USA Insurance Agency,Inc. and Crop USA Insurance Services, LLC, and each of them, jointly andseverally, and in favor of Plaintiff GemCap Lending I, LLC in the amount of$12,126,534.61. (lc) (Entered: 04/21/2015) |
| 04/12/2015 | 324 | ORDER REGARDING STIPULATED JUDGMENT AS TO DEFENDANTS AIA INSURANCE, INC. AND AIA SERVICES CORPORATION 320 : Judgment is entered against Defendants AIA Insurance, Inc. and AIA Services Corporation, and each of them, jointly and severally, and in favor of Plaintiff GemCap Lending I, LLC in the amount of $12,126,534.61. by Judge S. James Otero. (lc) (Entered: 04/21/2015) |
| 04/06/2015 | 322 | NOTICE OF LODGING filed re Stipulation to Dismiss Party 321 (Attachments: # 1 Exhibit Proposed Order, # 2 Proof of Service)(Cogger, John) (Entered: 04/06/2015) |
| 04/03/2015 | 321 | Joint STIPULATION to Dismiss Defendant R John Taylor filed by Defendant R John Taylor. (Attachments: # 1 Proof of Service)(Cogger, John) (Entered: 04/03/2015) |

| | | |
|---|---|---|
| | | Accounting, # 3 Proposed Order Judgment)(Adams, William) (Entered: 10/21/2014) |
| 10/21/2014 | 277 | NOTICE OF ORDER VACATING HEARING ON MOTION: The Court finds the following matter suitable for disposition without oral argument and vacates the hearing MOTION for Attorney Fees filed by defendant CGB Diversified Services Inc. 268 , set for hearing on October 20, 2014. See Fed. R. Civ. P. 78(b). The briefing schedule remains as set by Local Rule. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 10/21/2014) |
| 10/10/2014 | 276 | DECLARATION of Kal Shah In Support MOTION for Attorney Fees 268 filed by Defendant CGB Diversified Services Inc. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(McCord, Clinton) (Entered: 10/10/2014) |
| 10/10/2014 | 275 | REPLY In Support MOTION for Attorney Fees 268 filed by Defendant CGB Diversified Services Inc. (McCord, Clinton) (Entered: 10/10/2014) |
| 10/06/2014 | 274 | MEMORANDUM in Opposition to MOTION for Attorney Fees 268 filed by Plaintiff Gemcap Lending I LLC. (Attachments: # 1 Declaration of William E. Adams in Opposition to CGB Diversified Services, Inc.'s Motion for Attorneys' Fees)(Adams, William) (Entered: 10/06/2014) |
| 10/01/2014 | 273 | SEALED DOCUMENT- UNDER SEAL EXHIBIT A (lc) (Entered: 10/01/2014) |
| 09/18/2014 | 269 | DECLARATION of Kal Shah in support of MOTION for Attorney Fees 268 filed by Defendant CGB Diversified Services Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(McCord, Clinton) (Entered: 09/18/2014) |
| 09/18/2014 | 268 | NOTICE OF MOTION AND MOTION for Attorney Fees filed by defendant CGB Diversified Services Inc. Motion set for hearing on 10/27/2014 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Memorandum, # 2 Proposed Order)(McCord, Clinton) (Entered: 09/18/2014) |
| 09/16/2014 | 267 | NOTICE OF LODGING Proposed Pretrial Conference Order Defendant R John Taylor. (Attachments: # 1 Proposed Order Joint Final Pre Trial Conference Order, # 2 Proof of Service)(Cogger, John) (Entered: 09/16/2014) |
| 09/15/2014 | 272 | MINUTES OF Jury Trial - 1st Day held and completed before Judge S. James Otero: The Court is advised that this matter has resolved itself. The Court marks the confidential settlement agreement as exhibit A and places said document under seal. The Court approves the settlement. The parties shall file a stipulated judgment by on or before Wednesday, October 15, 2014. The Court discharges the jury. The Court orders a copy of today's transcript, cost to be shared by the parties. Court Reporter: Debbie Hino-Spaan. (lc) (Entered: 09/26/2014) |
| 09/12/2014 | 271 | MINUTES OF PRETRIAL CONFERENCE CONTINUED FROM 9/8/14 and TRIAL held before Judge S. James Otero:Court and counsel confer regarding final pretrial order and modifications that need to be made. The Court and counsel confer regarding affirmative defense claims. Court reviews witness lists. The Court indicates that it is going to open up examination to allow the defendants to ask questions of witnesses called by the plaintiff as if the witness were being called in defendants case in chief to avoid a situation |

| | | |
|---|---|---|
| | | where the witness is called twice. MOTION 1: Evidence of Defendant's financial condition prior to reaching the punitive damages phase of trial is granted 227 . MOTION 2: Evidence of any breach of the Loan Agreement that occurred beforeOctober 5, 2012 is denied 223 . MOTIONS 3 & 4: Evidence of any guarantee agreement preceding the Amended Guarantee dated February 7, 2013 (Mot. 3), and evidence of any loan agreement preceding the Amended Agreement dated February 4, 2013 (Mot. 4) 224 and 225 are denied.MOTION 5: Evidence of Defendant's insurance is granted 226 .Jury voir dire. The jury is impaneled and sworn.Opening arguments shall begin on Monday, September 15, 2014 10:30 a.m.Court Reporter: Debbie Hino-Spaan. (lc) (Entered: 09/26/2014) |
| 09/10/2014 | 266 | NOTIFICATION by Circuit Court of Appellate Docket Number 14-56484, 9th CCA regarding Notice of Appeal to 9th Circuit Court of Appeals 257 as to Plaintiff Gemcap Lending I LLC. (dmap) (Entered: 09/11/2014) |
| 09/10/2014 | 265 | Corrected APPLICATION to the Clerk to Tax Costs against Plaintiff Gemcap Lending I LLC filed by Defendant CGB Diversified Services Inc. Application set for hearing on 9/26/2014 at 10:00 AM before Clerk of Court. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McCord, Clinton) (Entered: 09/10/2014) |
| 09/10/2014 | 264 | BILL OF COSTS DEFICIENCY NOTICE FILED 256 . The following deficiency was noted on the Application for clerk to tax costs : Filer erroneousl calendared clerks bill of cost as motion hearing calendar date and time before the Judge. L.R. 54-2.2: Hearing should be noticed before the clerks designee and not the judge. Counsel is to re-notice the corrected hearing information. OTHER: There is a Notice of Appeal pending re the judgment filed 9/9/14 Clerk cannot determine if the application for costs is premature re costs in this court. Clerk has Termed only the erroneous hearing off the Judges Motion Calendar. (lc) (Entered: 09/10/2014) |
| 09/09/2014 | 262 | NOTICE of Association of Counsel associating attorney Jeffrey D. Farrow on behalf of Plaintiff Gemcap Lending I LLC. Filed by Plaintiff Gemcap Lending I LLC (Attorney Jeffrey D Farrow added to party Gemcap Lending I LLC(pty:pla))(Farrow, Jeffrey) (Entered: 09/09/2014) |
| 09/09/2014 | 261 | TRIAL BRIEF filed by Plaintiff Gemcap Lending I LLC.. (Adams, William) (Entered: 09/09/2014) |
| 09/09/2014 | 260 | Proposed Voir Dire Questions filed by Defendant R John Taylor.. (Attachments: # 1 Proof of Service)(Cogger, John) (Entered: 09/09/2014) |
| 09/09/2014 | 259 | TRIAL BRIEF filed by Defendant R John Taylor.. (Attachments: # 1 Proof of Service)(Cogger, John) (Entered: 09/09/2014) |
| 09/09/2014 | 258 | REPRESENTATION STATEMENT re Notice of Appeal to 9th Circuit Court of Appeals 257 . (Adams, William) (Entered: 09/09/2014) |
| 09/09/2014 | 257 | NOTICE OF APPEAL to the 9th CCA filed by Plaintiff Gemcap Lending I LLC. Appeal of Judgment, 248 (Appeal fee of $505 receipt number 0973-14424093 paid.) (Adams, William) (Entered: 09/09/2014) |
| 09/09/2014 | 256 | APPLICATION to the Clerk to Tax Costs against Plaintiff Gemcap Lending I LLC filed by Defendant CGB Diversified Services Inc. Application set for hearing on 9/26/2014 at 10:00 AM before Judge S. James Otero. |

| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McCord, Clinton) (Entered: 09/09/2014) |
|---|---|---|
| 09/09/2014 | 255 | NOTICE of Association of Counsel associating attorney Brittany L. McCarthy on behalf of Defendant R John Taylor. Filed by Defendant R John Taylor (Attachments: # 1 Proof of Service)(Attorney Brittany L McCarthy added to party R John Taylor(pty:dft))(McCarthy, Brittany) (Entered: 09/09/2014) |
| 09/08/2014 | 263 | MINUTES OF Initial Pretrial Conference held before Judge S. James Otero: Court indicates that this case will proceed as a jury trial. The Court reviews the trial documents. The Court and counsel confer regarding the trial exhibit list.The Court places this matter on second call. During the recess the parties areordered to meet and confer regarding all trial exhibits. Matter recalled.Counsel advise the Court regarding the status of reviewing the trial exhibits.The Court and counsel confer regarding jury instructions. The Court orders all parties to return on Friday, September 12, 2014 @ 10:00 a.m. for further hearing on pretrial conference.The Court advances jury selection from Tuesday, September 16, 2014 to Friday, September 12, 2014 @ 1:00 p.m. Opening statements will commence on Monday, September 15, 2014 10:30 a.m. The Court will allow each side ten hours to present their respective claims and defenses. The Court grant's defendant Taylor's motion to bifurcate punitive damages 222 . The Court orders plaintiff provide to defendant any item of evidence that it will rely on to establish defendant Taylor's net worth, forthwith. The Court Orders that the parties meet and confer regarding jury instructions.Court Reporter: Debbie Hino-Spaan. (lc) (Entered: 09/10/2014) |
| 09/08/2014 | 254 | Proposed Voir Dire Questions filed by Plaintiff Gemcap Lending I LLC.. (Adams, William) (Entered: 09/08/2014) |
| 09/08/2014 | 253 | Plaintiff's Withdrawal of Demand for Jury and Defendants' Contractual Waiver of Jury Trial filed by Plaintiff Gemcap Lending I LLC (Adams, William) (Entered: 09/08/2014) |
| 09/08/2014 | 252 | STATEMENT Joint Statement of the Case filed by Plaintiff Gemcap Lending I LLC (Adams, William) (Entered: 09/08/2014) |
| 09/02/2014 | 251 | Joint PRETRIAL STIPULATION regarding Exhibits *Defendants' Portion*. (Attachments: # 1 Proof of Service)(Cogger, John) (Entered: 09/02/2014) |
| 09/02/2014 | 250 | NOTICE OF LODGING Proposed Pretrial Conference Order Defendant R John Taylor. (Attachments: # 1 Joint Final Pretrial Conference Order, # 2 Proof of Service)(Cogger, John) (Entered: 09/02/2014) |
| 09/02/2014 | 249 | PRETRIAL STIPULATION regarding Exhibits *Plaintiff's Pretrial Exhibit Stipulation*. (Adams, William) (Entered: 09/02/2014) |
| 08/26/2014 | 248 | JUDGMENT by Judge S. James Otero: Judgment is entered as to all claims in favor of Diversified and against Plaintiff GemCap Lending I, LLC, which claims are dismissed with prejudice. Pursuant to F.R.C.P. 54(d), GemCap shall pay Diversified its reasonable costs of suit as determined by the Clerk of Court according to proof. (lc) (Entered: 08/27/2014) |
| 08/26/2014 | 247 | MINUTES (IN CHAMBERS) by Judge S. James Otero: ORDER DENYING PLAINTIFF'S MOTION FOR CONTEMPT 213 .. (lc) (Entered: 08/26/2014) |
| 08/26/2014 | 246 | REPLY MOTION IN LIMINE to Exclude Evidence of Financial Condition 227 filed by Defendant R John Taylor. (Attachments: # 1 Proof of Service) |

| | | |
|---|---|---|
| 08/30/2013 | 43 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: AIA PARTIES Answer to Complaint (Discovery), 37 . The following error(s) was found: Local Rule 7.1-1 No Certification of Interested Parties and or no copies. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lc) (Entered: 08/30/2013) |
| 08/29/2013 | 42 | MEMORANDUM in Support of MOTION to Dismiss for Lack of Jurisdiction 38 filed by Defendants Bryan Freeman, Pacific Empire Radio Corporation, Weskan Agency LLC. (Munding, John) (Entered: 08/29/2013) |
| 08/29/2013 | 41 | DECLARATION of Justin Ralston on Behalf of Pacific Empire Radio Corporation In Support Of MOTION to Dismiss for Lack of Jurisdiction 38 filed by Defendants Bryan Freeman, Pacific Empire Radio Corporation, Weskan Agency LLC. (Munding, John) (Entered: 08/29/2013) |
| 08/29/2013 | 40 | DECLARATION of Bryan Freeman In Support Of MOTION to Dismiss for Lack of Jurisdiction 38 filed by Defendants Bryan Freeman, Pacific Empire Radio Corporation, Weskan Agency LLC. (Munding, John) (Entered: 08/29/2013) |
| 08/29/2013 | 39 | DECLARATION of Weskan Agency LLC's Representative R. John Taylor In Support Of MOTION to Dismiss for Lack of Jurisdiction 38 filed by Defendants Bryan Freeman, Pacific Empire Radio Corporation, Weskan Agency LLC. (Munding, John) (Entered: 08/29/2013) |
| 08/29/2013 | 38 | NOTICE OF MOTION AND MOTION to Dismiss for Lack of Jurisdiction filed by Defendants Bryan Freeman, Pacific Empire Radio Corporation, Weskan Agency LLC. Motion set for hearing on 9/30/2013 at 10:00 AM before Judge S. James Otero. (Attachments: # 1 Proposed Order Granting Motion to Dismiss)(Munding, John) (Entered: 08/29/2013) |
| 08/29/2013 | 37 | ANSWER to Complaint - (Discovery),, 1 *with Affirmative Defenses* filed by Defendants AIA Insurance Inc, AIA Services Corporation, Crop USA Insurance Agency Inc, CropUSA Insurance Services LLC, Green Leaf Reinsurance Partners LLC, Reinsurance Partners LLC, Sound Insurance Agency, R John Taylor.(Munding, John) (Entered: 08/29/2013) |
| 08/29/2013 | 36 | Second STIPULATION Extending Time to Answer the complaint as to Randolph Lamberjack answer now due 9/19/2013; Hillcrest Aircraft Company answer now due 9/19/2013, re Complaint - (Discovery),, 1 filed by Defendant Randolph Lamberjack; Hillcrest Aircraft Company.(Kneafsey, Sean) (Entered: 08/29/2013) |
| 08/22/2013 | 35 | STIPULATION Extending Time to Answer the complaint as to Randolph Lamberjack answer now due 9/5/2013; Hillcrest Aircraft Company answer now due 9/5/2013, re Complaint - (Discovery),, 1 , Service of Summons and Complaint Returned Executed (21 days), 33 , Service of Summons and Complaint Returned Executed (21 days), 28 filed by Defendant Randolph Lamberjack; Hillcrest Aircraft Company.(Friend, Michele) (Entered: 08/22/2013) |
| 08/22/2013 | 34 | First STIPULATION Extending Time to Answer the complaint as to R John Taylor answer now due 8/29/2013; Pacific Empire Radio Corporation answer |

| | | |
|---|---|---|
| | | now due 8/29/2013; CropUSA Insurance Services LLC answer now due 8/29/2013; Reinsurance Partners LLC answer now due 8/29/2013; Green Leaf Reinsurance Partners LLC answer now due 8/29/2013; Crop USA Insurance Agency Inc answer now due 8/29/2013; AIA Insurance Inc answer now due 8/29/2013; Sound Insurance Agency answer now due 8/29/2013; Bryan Freeman answer now due 8/29/2013; Weskan Agency LLC answer now due 8/29/2013; AIA Services Corporation answer now due 8/29/2013, re Complaint - (Discovery),, 1 filed by Defendants R John Taylor; Pacific Empire Radio Corporation; CropUSA Insurance Services LLC; Reinsurance Partners LLC; Green Leaf Reinsurance Partners LLC; Crop USA Insurance Agency Inc; AIA Insurance Inc; Sound Insurance Agency; Bryan Freeman; Weskan Agency LLC; AIA Services Corporation.(Munding, John) (Entered: 08/22/2013) |
| 08/15/2013 | 33 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Randolph Lamberjack served on 8/9/2013, answer due 8/30/2013. Service of the Summons and Complaint were executed upon Mrs. Lamberjack, Wife in compliance with California Code of Civil Procedure by substituted service at home address and by also mailing a copy. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 32 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant CGB Diversified Services Inc served on 7/31/2013, answer due 8/21/2013. Service of the Summons and Complaint were executed upon Trevor Garoutte, Agent in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 31 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Bryan Freeman served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon Bryan Freeman, an individual in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 30 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant R John Taylor served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon R. John Taylor in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 29 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Green Leaf Reinsurance Partners LLC served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon Olitia Taylor, Authorized to Accept Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 28 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Hillcrest Aircraft Company served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon Glenn "Doe", Co-Occupant, Substituted Service, Mailing, Personal in compliance with California Code of Civil Procedure by substituted service at business address and by also mailing a copy. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |

| 08/15/2013 | 27 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Pacific Empire Radio Corporation served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon Justin Ralston, Agent in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
|---|---|---|
| 08/15/2013 | 26 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Weskan Agency LLC served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon Cindy Linker, Office Manager & Authorized to Accept Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 25 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Reinsurance Partners LLC served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon R. John Taylor, Authorized to Accept Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 24 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Crop USA LLC served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon R. John Taylor, Authorized to Accept Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 23 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant CropUSA Insurance Services LLC served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon R. John Taylor, Authorized to Accept Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 22 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant Crop USA Insurance Agency Inc served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon R. John Taylor, Authorized to Accept Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 21 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant AIA Services Corporation served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon R. John Taylor, Authorized to Accept Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |
| 08/15/2013 | 20 | PROOF OF SERVICE Executed by Plaintiff Gemcap Lending I LLC, upon Defendant AIA Insurance Inc served on 8/1/2013, answer due 8/22/2013. Service of the Summons and Complaint were executed upon R. John Taylor, Authorized to Accept Service of Process in compliance with Federal Rules of Civil Procedure by personal service. Original Summons returned. (Hanna, Mona) (Entered: 08/15/2013) |

| | | |
|---|---|---|
| | | APPLICATION for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction should not issue 4 filed by Plaintiff Gemcap Lending I LLC. (et) (Entered: 07/30/2013) |
| 07/30/2013 | 5 | MEMORANDUM in Support of POINTS AND AUTHORITIES in Support of EX PARTE APPLICATION for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction should not issue 4 filed by Plaintiff Gemcap Lending I LLC. (et) (Entered: 07/30/2013) |
| 07/30/2013 | 4 | EX PARTE APPLICATION for Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction should not issue filed by Plaintiff Gemcap Lending I LLC. Lodged Proposed Order.(et) (Entered: 07/30/2013) |
| 07/30/2013 | 3 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Gemcap Lending I LLC. (et) (Entered: 07/30/2013) |
| 07/30/2013 | 2 | 21 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants AIA Insurance Inc, AIA Services Corporation, CGB Diversified Services Inc, Crop USA Insurance Agency Inc, Crop USA LLC, CropUSA Insurance Services LLC, Jolee Duclos, Bryan Freeman, Green Leaf Reinsurance Partners LLC, Hillcrest Aircraft Company, Randolph Lamberjack, Pacific Empire Radio Corporation, Reinsurance Partners LLC, Sound Insurance Agency, R John Taylor, Weskan Agency LLC. (et) (Entered: 07/30/2013) |
| 07/30/2013 | 1 | COMPLAINT against Defendants AIA Insurance Inc, AIA Services Corporation, CGB Diversified Services Inc, Crop USA Insurance Agency Inc, Crop USA LLC, CropUSA Insurance Services LLC, Jolee Duclos, Bryan Freeman, Green Leaf Reinsurance Partners LLC, Hillcrest Aircraft Company, Randolph Lamberjack, Pacific Empire Radio Corporation, Reinsurance Partners LLC, Sound Insurance Agency, R John Taylor, Weskan Agency LLC. Case assigned to Judge S. James Otero for all further proceedings. Discovery referred to Magistrate Judge Margaret A. Nagle. (Filing fee $ 400 PAID.) Jury Demanded., filed by Plaintiff Gemcap Lending I LLC.(et) (Entered: 07/30/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/18/2018 10:42:39 | | | |
| PACER Login: | JohnMunding:2526912:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:13-cv-05504-SJO-MAN End date: 10/18/2018 |
| Billable Pages: | 30 | Cost: | 3.00 |