**John Munding**

**From:** Roderick Bond <rod@roderickbond.com>
**Sent:** Friday, September 6, 2013 11:10 AM
**To:** John Munding
**Subject:** FW:

John, see below.

By: Roderick C. Bond
Roderick Bond Law Office, PLLC
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Website: www.roderickbond.com

This email and any attachments may be attorney-client privileged, protected as attorney work product, and/or subject to any other applicable privileges. The unauthorized viewing or dissemination of any email or attachment is prohibited. If you have received this email in error or it was not intended to be delivered to you, please immediately delete this email and all attachments and contact the sender at the address indicated above. Thank you.

**From:** Roderick Bond [mailto:rod@roderickbond.com]
**Sent:** Friday, September 6, 2013 11:07 AM
**To:** Todd M. Lander
**Subject:**

Hi Todd:

I haven't heard back from you. I do want to reiterate that AIA Services and AIA Insurance's guarantees are illegal and unenforceable. I have also reviewed the Complaint and the loan documents attached to the Complaint. It appears to me that Gemcap is not a good faith, bona fide lender and had knowledge of my clients' prior claims to the very assets that it accepted as security and which Gemcap is now seeking to seize. We are in the process of retaining California counsel to intervene in the lawsuit. I just wanted to give you fair notice of these issues.

By: Roderick C. Bond
Roderick Bond Law Office, PLLC
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Website: www.roderickbond.com

This email and any attachments may be attorney-client privileged, protected as attorney work product, and/or subject to any other applicable privileges. The unauthorized viewing or dissemination of any email or attachment is prohibited. If you have received this email in error or it was not intended to be delivered to you, please immediately delete this email and all attachments and contact the sender at the address indicated above. Thank you.

Ex. B