Case 2:13-cv-05504-SJO-MAN Document 272 Filed 09/15/14 Page 1 of 2 Page ID #:5306

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Priority | ___ |
| Send | ___ |
| Enter | ___ |
| Closed | ___ |
| JS-5/JS-6 | ___ |
| Scan Only | ___ |

| | | | |
|---|---|---|---|
| **CASE NO.:** | CV 13-05504 SJO (MANx) | **DATE:** | September 15, 2014 |
| **TITLE:** | Gemcap Lending I LLC v. Crop USA Insurance Agency Inc et al | | |

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Victor Paul Cruz | Debbie Hino-Spaan |
| Courtroom Clerk | Court Reporter |

**COUNSEL PRESENT FOR PLAINTIFF(S):**  **COUNSEL PRESENT FOR DEFENDANT(S):**

| | |
|---|---|
| Sanford L. Michelman | John D. Munding |
| Jeffrey D. Farrow | John P. Cogger |
| William E. Adams | Brittany L. McCarthy |

========================================================================
**PROCEEDINGS:** JURY TRIAL Day 1

Hearing held.

The Court is advised that this matter has resolved itself.

Counsel advise the Court that the parties have entered into a confidential written settlement. The Court is provided a copy of agreement. The Court marks the confidential settlement agreement as exhibit A and places said document under seal.

Counsel places the general terms of the settlement agreement on the record without covering the settlement agreement in detail.

Defendant R. John Taylor acknowledges that he reviewed and agrees with the terms and conditions set out in the under seal, confidential, binding settlement agreement.

Richard Ellis and David Ellis, representatives for Plaintiff Gemcap Lending, acknowledge that they have reviewed and agree to the terms and conditions set out in the under seal, confidential, binding settlement agreement, on behalf of Gemcap.

Counsel advise the Court that the attorney's fees and costs have been incorporated into the contract amount and stipulated judgment so there will not be an attorneys fees motion in relation to the stipulated judgment.

Ex. D

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** CV 13-05504 SJO (MANx)       **DATE:** September 15, 2014

The Court approves the settlement. The parties shall file a stipulated judgment by on or before Wednesday, October 15, 2014.

The Court discharges the jury.

The Court orders a copy of today's transcript, cost to be shared by the parties.

0/25
vpc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

---

**CASE NO.:** CV 13-05504 SJO (MANx)        **DATE:** September 12, 2014

**TITLE:** Gemcap Lending I LLC v. Crop USA Insurance Agency Inc et al

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                    Debbie Hino-Spaan
Courtroom Clerk                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

                                    John D. Munding
Jeffrey D. Farrow                   John P. Cogger
William E. Adams                    Brittany L. McCarthy

========================================================================

**PROCEEDINGS:** PRETRIAL CONFERENCE CONTINUED FROM 9/8/14 and TRIAL

Hearing held.

Court and counsel confer regarding final pretrial order and modifications that need to be made.

The Court and counsel confer regarding affirmative defense claims.

Court reviews witness lists. The Court indicates that it is going to open up examination to allow the defendants to ask questions of witnesses called by the plaintiff as if the witness were being called in defendants case in chief to avoid a situation where the witness is called twice.

MOTION 1: Evidence of Defendant's financial condition prior to reaching the punitive damages phase of trial is granted [227].

MOTION 2: Evidence of any breach of the Loan Agreement that occurred before October 5, 2012 is denied [223].

MOTIONS 3 & 4: Evidence of any guarantee agreement preceding the Amended Guarantee dated February 7, 2013 (Mot. 3), and evidence of any loan agreement preceding the Amended Agreement dated February 4, 2013 (Mot. 4) [224 & 225] are denied.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Priority | ____ |
| Send | ____ |
| Enter | ____ |
| Closed | ____ |
| JS-5/JS-6 | ____ |
| Scan Only | ____ |

**CASE NO.:** CV 13-05504 SJO (MANx)     **DATE:** September 12, 2014

MOTION 5: Evidence of Defendant's insurance is granted [226].
Jury voir dire.

The jury is impaneled and sworn.

Opening arguments shall begin on Monday, September 15, 2014 @ 10:30 a.m.

PTC 1/05
Trial 1/45
vpc