**John Munding**

From:         Roderick Bond <rod@roderickbond.com>
Sent:         Wednesday, August 13, 2014 11:33 AM
To:           John Munding

John:

I have noticed that AIA has paid attorneys' fees to you in recent filings in the California case. I have also noticed that you have not taken any action to properly represent AIA Services and AIA Insurance in that case. While my clients are taking action in Nez Perce County District Court to have the guarantee declared illegal (something you should have asserted and filed a dispositive motion on long ago), I wanted to give you the fair heads up that my clients will be serving a derivative demand upon the boards of AIA Services and AIA Insurance to assert legal malpractice claims against you. The damages would include, but not be limited to, disgorgement of fees and any damages sustained by AIA Services or AIA Insurance in that case. I suspect that the trustee in any bankruptcy would also demand that these claims be asserted as well.

Despite all of my emails and call to you, I will never understand how you have proceeded in the manner in which you have in that case and taken directions from John Taylor or any other of the insiders at AIA, especially when you are aware of their irreconcilable conflicts and intentional actions violating AIA Services' amended articles of incorporation requiring Donna Taylor's designee to be on the board, among many other improper acts.

I don't like sending this email, but I certainly don't want you to take the position that you didn't know or that no one told you. I have been complaining on behalf of my clients for months.

Rod



**Roderick Bond**
Law Office, PLLC

800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Website: www.roderickbond.com

This email and any attachments may be attorney-client privileged, protected as attorney work product, and/or subject to any other applicable privileges. The unauthorized viewing or dissemination of any email or attachment is prohibited. If you have received this email in error or it was not intended to be delivered to you, please immediately delete this email and all attachments and contact the sender at the address indicated above. Thank you.

Ex. E