## John Munding

| | |
|---|---|
| **From:** | Roderick Bond <rod@roderickbond.com> |
| **Sent:** | Wednesday, January 13, 2016 3:52 PM |
| **To:** | John Munding |
| **Cc:** | John Guin |
| **Subject:** | RE: Gemcap Lending I, LLC v. Crop Insurance USA - CA9 15-55332 - Extension Request |

Mr. Munding:

Your malpractice and aiding and abetting is duly noted. Not sure why you keep representing AIA Services and AIA Insurance when you aren't representing their interests.

Rod

**Roderick Bond**
Law Office, PLLC

Roderick C. Bond
Roderick Bond Law Office, PLLC
601 108th Ave. NE, Suite 1900
Bellevue, WA 98004
Tel: (425) 591-6903
Fax: (425) 321-0343
Email: rod@roderickbond.com
Website: www.roderickbond.com

This email and any attachments may be attorney-client privileged, protected as attorney work product, and/or subject to any other applicable privileges. The unauthorized viewing or dissemination of any email or attachment is prohibited. If you have received this email in error or it was not intended to be delivered to you, please immediately delete this email and all attachments and contact the sender at the address indicated above. Thank you.

**From:** John Munding [mailto:john@mundinglaw.com]
**Sent:** Wednesday, January 13, 2016 2:48 PM
**To:** John Guin <john@guinlaw.com>; 'William E. Adams (SF)' <wadams@mrllp.com>; 'Robin James (SF)' <rjames@mrllp.com>; cmariam@gordonrees.com; jcogger@gordonrees.com
**Cc:** Roderick C. Bond <rod@roderickbond.com>
**Subject:** RE: Gemcap Lending I, LLC v. Crop Insurance USA - CA9 15-55332 - Extension Request

Mr. Guin:

The AIA and Crop defendants concur with Mr. Adams, and are also not inclined to grant any further extensions.

John D. Munding
**MUNDING, P.S.**
1610 W. Riverside Ave.
Spokane, WA 99201
(509) 624-6464

Ex. F

**From:** John Guin [mailto:john@guinlaw.com]
**Sent:** Tuesday, January 12, 2016 3:42 PM
**To:** 'William E. Adams (SF)' <wadams@mrllp.com>; 'Robin James (SF)' <rjames@mrllp.com>; cmariam@gordonrees.com; jcogger@gordonrees.com; John Munding <john@mundinglaw.com>
**Cc:** Roderick C. Bond <rod@roderickbond.com>
**Subject:** Gemcap Lending I, LLC v. Crop Insurance USA - CA9 15-55332 - Extension Request

Dear counsel,

I am writing on behalf of myself and Mr. Bond regarding the need for an additional extension of time in which to file appellant Donna Taylor's reply brief in this matter. We plan to file a request for an additional 30-day extension. Circuit Rules require that we advise the court whether other parties agree or object to the extension. Please let me know at your earliest convenience. Thank you in advance.

John H. Guin
Law Office of John H. Guin, PLLC
421 W. Riverside, Suite 461
Spokane, WA 99201
Ph: (509)747-5250
Fax: (509)747-5251
john@guinlaw.com

*****************************************************

This message and any attachments are confidential and contain
attorney-client privilege or other applicable protections. This
communication and any attachments are private and may not be recorded or
copied without the consent of the sender or author. If you have received
this message in error, please reply to the sender and delete the message and
any attachments. Thank you.
*****************************************************